GRACE L. SANDOVAL
P.O. BOX 712793
SAN DIEGO, CA 92171

**UNITED STATES
DISTRICT COURT**

FILED

SOUTHERN
DISTRICT OF
CALIFORNIA

08 SEP -4 PM 2: 27

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| **GRACE L. SANDOVAL**<br>**Plaintiff** | )<br>)<br>)<br>) |
| **Vs.** | )<br>)<br>)<br>) |
| **PRISCILLA D. CASTILLO**<br>**Defendant** | )<br>)<br>) |

**COMPLAINT**

**'08 CV 1622 WQH NLS**

PRISCILLA CASTILLO HAS ASSAULTED ME, GRACE L. SANDOVAL
WITH A HANDGUN AND SHOT AT ME, GRACE L. SANDOVAL SINCE I,
GRACE L. SANDOVAL WAS NINE YEARS OLD. PRISCILLA CASTILLO
LIVED IN LA MESA PRISON, TIJUANA, MEXICO FOR MANY YEARS
BEFORE MOVING TO SAN DIEGO, CALIFORNIA. PRISCILLACASTILLO
HAS CONTINUED TO FOLLOW ME, GRACE L. SANDOVAL AND TO
ASSAULT, SHOOT AT ME, GRACE L. SANDOVAL TO DEMAND ME, GRACE
L. SANDOVAL TO GIVE HER, PRISCILLA CASTILLO MONEY. PRISCILLA
CASTILLO DEMANDS DRUG ADDCITS TO FORCE INTO MY HOME TO
STEAL MONEY FROM MY CHECKING ACCOUNT. PRISCILLA CASTILLO
HAS BEEN REPORTED BY ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI TO LAW ENFORCEMENT IN SAN DIEGO,CALIFORNIA AND OTHER
COUNTIES IN CALIFORNIA FOR FOLLOWING ME, GRACE L. SANDOVAL
AND DEMANDING MY MONEY, MY CAR, MY FURNITURE, MY
APPLIANCES, MY CLOTHES, MY GOLD, MY SHOES, MY LEGAL
DOCUMENTS, MY CHILDRENS CLOTHES, SHOES, TOYS, ETC.
PRISCILLA CASTILLO IS JOINED WITH MANY EX PRISONERS FROM LA

PAGE 2

MESA PRISON, TIJUANA MEXICO THAT LIVE ILLEGALLY IN THE
UNITED STATES OF AMERICA. THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO STEAL MONEY,FOOD AND EVERYTHING
THEY WANT FROM MY MOTHER FELOMENA NUNGARAY DUTRA AKA:
SANDOVAL AND HER FIVE CHILDREN, SERGIO, NANCY AND MYSELF,
GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI, IRMA AND
DIANE. PRISCILLA CASTILLO IS ALSO FOLLOWING ALL OF FELOMENA
NUNGARAY DUTRA AKA: SANDOVAL GRANDCHILDREN INCLUDING MY
TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AK: PECK. CORIE TO STEAL
THEIR MONEY,FOOD, CLOTHES, CARS, SHOES, LEGAL DOCUMENTS,
ETC. PRISCILLA CASTILLO DOES NOT HAVE AN EDUCATION IN THE
UNITED STATES OF AMERICA. PRISCILLA CASTILLO IS JOINED WITH
KATHRYN JEAN YAVENDITTI AKA: KATE IN FALSE ATTORNEY
DEGREES FROM KATHY MEALER AND HER GRANDMOTHER, MOTHER
THAT LIVE IN ESCONDIDO, CALIFORNIA. PRISCILLA CASTILLO IS
JOINED WITH EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO,
ROGELIO PINA AKA: ROY AND HIS BROTHER MANUEL PINA IN THE
RAPE OF FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER
FIVE CHILDREN, GRANDCHILDREN, ETC. KATHRYN JEAN YAVENDITTI
AKA: KATE IS JOINED WITH ROGELIO PINA AKA: ROY IN RUNNING
OVER ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI AND MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE BY A WASTE
MANAGEMENT TRUCK DRIVEN BY ROGELIO PINA AKA:ROY. ROGELIO
PINA AKA; ROY IS EMPLOYED FOR WASTE MANAGEMENT AKA: TRASH
PICK UP TRUCKS IN LOS ANGELES COUNTY, CALIFORNIA. JOSE AKA:
BELALA IS MARRIED TO CARMEN NUNGARAY THAT LIVE IN SANTA
ANA, CALIFORNIA. JOSE AKA: BELALA WAS ALSO EMPLOYED FOR
WASTE MANAGEMENT COMPANY. JOSE AKA: BELALA WAS ALSO

PAGE 3

DEMANDED TO RUN OVER THE PUBLIC BY PRISCILLA CASTILLO, SUSAN GOLDING, ETC. PRISCILLA CASTILLO IS JOINED WITH ORPHANS IN SAN DIEGO, CALIFORNIA THAT HAVE MULTIPLE DISEASES INCLUDING AIDS, CANCER THAT TAKE LARGE AMOUNTS OF HUMAN BLOOD ILLEGALLY FROM AMERICANS INCLUDING FROM MY TWO DAUGHTERS PRISCILLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI IN SAN DIEGO COUNTY, CALIFORNIA IN THE UNITED STATES OF AMERICA. PRISCILLA CASTILLO IS JOINED WITH THE ORPHAN, O.J. SIMPSON AND HIS GAY MATE PATRICK J. CLARK IN THE KIDNAP OF CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE SAN DIEGO COUNTY, CALIFORNIA IN THE UNITED STATES THAT ARE CARED FOR IN PRIATE HOMES ILLEGALLY AND SOLD TO THE PUBLIC FOR MONEY ILLEGALLY. THE CHILDREN BORN PREMATURE DO NOT HAVE BIRT CERTIFICATES. THE CRIMINALS THAT KIDNAP ALL CHILDREN BORN PREMATURE IN CALIFORNIA ARE INVOLVED IN WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA AND COLLECT WELFARE FRAUD FOR EACH CHILD BORN PREMATURE. PRISCILLA CASTILLO HAS STOLEN THOUSANDS OF UNITED STATES DOLLARS FROM MY BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNT TO PURCHASE REAL PROPERTY FOR HERSELF AND MANY OTHERS FROM LA MESA PRISON, TIJUANA, MEXICO INCLUDING SUSAN GOLDING, LUIS CASILLAS-ROBLES, CINDY HEART, MARIA ESPINOZA, ETC. PRISCILLA CASTILLO DOES NOT HAVE FULL TIME EMPLOYMENT. PRISCILLA CASTILLO IS HANDICAPPED. PRISCILLA CASTILLO IS ON PERMANENT DISABILITY. PRISCILLA CASILLO IS JOINED WITH MANY OTHERS THAT ARE NOT EMPLOYED FULL TIME INCLUDING KATHRYN JEAN YAVENDITTI AKA: KATE, SUSAN GOLDING, CINDY HEART, MARIA ESPINOZA, O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY

PAGE 4

BLAKE, LUPE NUNGARAY PINA, ESTHER NUNGARAY ESPINOZA, JOE S.
REYNA, JAVIER S. REYNA, IRMA RODRIGUEZ CLARK AKA: NATALIE
MAXWELL, ROBERT RODRIGUEZ, BRENDA ESPINOZA, CECILA
SALDIVAR, LINDA YBARRA FIERRO,BECKY MARES FIERRO, SANDRA
SALAZAR MURILLO, ETC. IN WRITING WELFARE FORMS ILLEGALLY
AND MAILING THEM TO COLLECT WELFARE FRAUD FOR PRISCILLA
CASTILLO TO COLLECT MONEY TO PAY FOR HER MORTGAGE ON HER
PROPERTY, ETC. PRISCILLA CASTILLO IS JOINED WITH MANY OTHERS
WITH FALSE ATTORNEY DEGREES AND FALSE JUDGE DEGREES THAT
ARE INVOLVED IN THE RAPE OF MANY OF ELVIS PRESLEY RELATIVES
THAT LIVE IN CALIFORNIA THAT ARE INVADED AND TORTURED BY
THE HEROIN ADDICTS, COCAINE, ADDICTS, ALCOHOLICS, ETC. THA
PLANNED THE STAR, ELVIS PRESLEY MURDER IN LA MIRADA,
CALIFORNIA ON AUGUST 16, 1977. THE RAPIST ARE ENEMIES THAT
HAVE MULTIPLE DISEASES AND ARE DEMANDED BY O.J. SIMPSON,
PARICK J. CLARK, LEONARD FINK, KATHRYN JEAN YAVENDITTI AKA:
KATE, ROGELIO PINA AKA: ROY, ETC. TO DRILL THE HUMAN BONES,
HUMAN HEART, HUMAN ESOPHAGUS, HUMAN STERNUM BONE, HUMAN
SPINE VERTEBRAE, HUMAN FOREHEAD, THE HUMAN PELVIC, THE
HUMAN FACE IN THE HUMAN BODY OF MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI. PRISCILLA CASTILLO IS JOINED
WITH LEONARD FINK, PATRICK J. CLARK, O.J. SIMPSON IN SAN DIEGO,
CALIFORNIA IN ATTACKING ME, GRACE L. SANDOVAL AND DRILLING
MY HUMAN BONES INCLUDING MY HUMAN HEART AS DONE AT 3736
RAY STREET, SAN DIEGO, CALIFORNIA AFTER BEING RELEASED FROM
THE INTENSIVE CARE UNIT AT THE U.C.S.D. MEDICAL CENTER, 200
WEST ARBOR, SAN DIEGO, CALIFORNIA WHERE I HAD BEEN FOR
TWENTY NINE DAYS AFTER AN INJURY TO MY RIGHT LUNG ON

PAGE 5

AUGUST 18, 1982 AT FASHION VALLEY MALL, SAN DIEGO,CALIFORNIA
CAUSED BY THE GERMAN, ROBERT GOODMAN SR.  PRISCILLA
CASTILLO, SUSAN GOLDING, LINDA YBARRA FIERRO, KATHRYN JEAN
YAVENDITTI AKA; KATE, MARTHA FIERRO, BECKY MARES FIERRO,
MANUEL GARCIA, LUPE CHAVEZ SWAIN, JOE S.REYNA, CARLOTA S.
REYNA, JOSE REYNA AKA: SANCHEZ, ETC. PLANNED WITH THE
GERMAN, ROBERT GOODMAN SR. TO CAUSE MY INJURY TO MY RIGHTR
LUNG ON AUGUST 18, 1982 TO STEAL MONEY FROM MY BANK OF
AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL
PROPERTY AS PLANNED BY STEPHANIE SONTAG AKA: WINEHART AND
MANY OTHERS AS LUPE N. PINA, CHRISTINA N. RODRIGUEZ, RAMON
NUNGARAY HAD DONE.  ROBERT GOODMAN SR. IS AN ENEMY. ROBERT
GOODMAN SR. LIVES IN OCEANSIDE, CALIFORNIA. ROBERT GOODMAN
SR. FOLLOWED ME, GRACE L. SANDOVAL IN PUBLIC SINCE I, GRACE L.
SANDOVAL WAS A TEENAGER.  ROBERT GOODMAN SR. IS FRIENDS
WITH JOSE REYNA AKA: SANCHEZ AND HIS WIFE CARLOTA SANDOVAL
REYNA THAT LIVE ON CENTER STREET, WESTMORLAND, CALIFORNIA.
PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART AND MANY
OTHERS JOINED AT LINDA YBARRA FIERRO APARTMENT ON
EMERALD, EL CAJON, CALIFORNIA IN AUGUST  1982 TO PLAN MY
INJURY TO MY RIGHT LUNG ON AUGUST 18, 1982. PRISCILLA CASTILLO,
SUSAN GOLDING, LINDA YBARRA FIERRO, SANDRA SALAZAR MURILLO,
CAROL MENDIBLES, MANUEL MURILLO AND OTHERS HAD ALREADY
STOLEN MONEY FROM MY BANK OF AMERICA ACCOUNT WHEN I,
GRACE L. SANDOVAL AKA: GRACE S. SLALI WAS ENROLLED AT SAN
DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA. I, GRACE L.
SANSDOVAL MARRIED JESSE DIAZ SLALI ON SEPTEMBER 11, 1976. I,
GRACE L. SANDOVAL AKA: GRACE S. SLALI MOVED IN A TWO
BEDROOM APARTMENT ON WINONA STREET, SAN DIEGO, CALIFORNIA
WITH SANDRA SALAZAR MURILLO AND CAROL MENDIBLES.  BOTH

PAGE 6

SANDRA SALAZAR MURILLO AND CAROL MENDIBLES DID NOT HAVE
AN EUCATION AND DID NOT HAVE ANY DIPLOMAS TO ATTEND SAN
DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA.  THE INDIAN,
PETER GALLAGHER AKA: GALLA WAS JOINED THAT LIVED IN YUMA,
ARIZONA BEFORE MOVING TO BRAWLEY, CALIFORNIA IS JOINED
WITH ALL THE  THE EX PRISONERS FROM LA MESA PRISON, TIJUANA,
MEXICO INCLUDING  BONNIE DUMANNIS, DIANE FIENSTIEN AND MANY
OTHERS IN STEALING MY MONEY FROM MY FINANCIAL AID FROM SAN
DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA THAT WAS
DEPOSIT INTO MY BANK OF AMERICA ACCOUNT, SAN DIEGO,
CALIFORNIA.  MY FINANCIAL AID MONEY WAS STOLEN FROM MY
BANK OF AMERICA ACCOUNT BY ALL THE HEROIN ADDICTS THAT
LUPE CHAVEZ SWAIN AND OTHERS DEMANDED TO STEAL FROM ME
ALL OF MY CLOTHES, MONEY, FOOD, VANDALIZE MY CAR, ETC.  THE
HEROIN ADDICTS INCLUDING THE FIERRO FAMILIES WERE
DEMANDED BY JOE S. REYNA AND HIS FAMILY TO STEAL ALL OF MY
MONEY FROM MY BANK OF AMERICA ACCOUNT AND TO CONTACT SAN
DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA TO SAY SLANDER
FOR ATTENDING SAN DIEGO STATE UNIVERSITY, SAN DIEGO,
CALIFORNIA LEGALLY AFTER RECEIVING MY DIPLOMA FROM
BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA.  MY BANK
OF AMERICA STATEMENT WERE STOLEN BY SANDRA SALAZAR
MURILLO THAT WAS DEMANDED BY THE EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO, PRISCILLA CASTILLO, SUSAN
GOLDING, CINDY HEART, LUIS CASILLAS ROBLES, BONNIE DUMANNIS,
ETC.  BAP RUSSO AKA: BAPSI SLALI WAS JOINED WITH ALL THE EX
PRSONERS FROM LA MESA PRISON, TIJUANA MEXICO IN STEALING MY
MONEY FROM MY BANK OF AMERICA ACCOUNT IN SAN DIEGO,
CALIFORINA WHEN  I, GRACE L. SANDOVAL WAS A STUDENT AT SAN
DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA.  I, GRACE L.

PAGE 7

SANDOVAL GRADUATED FROM BRAWLEY UNION HIGH SCHOOL, BRAWLEY, CALIFORNIA IN DECEMBER 1975. I, GRACE L. SANDOVAL WAS IN MY GRADUATION CEREMONY WITH MY CLASSMATES IN JUNE 1976. I, GRACE L. SANDOVAL MOVED TO SAN DIEGO, CALIFORNIA ON JULY 5, 1976 TO ATTEND SAN DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA IN THE SUMMER SESSION. MANY ILLEGALS FROM MEXICALI, MEXICO ENROLLED AT SAN DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA THAT DID NOT HAVE THE QUALIFICATIONS TO ATTEND SAN DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA INCLUDING MANUEL MURILLO, BEATRICE FERNANDEZ, AMADO BALLES, SANDRA SALAZAR MURILLO, CAROL MENDIBLES, ETC. MANUEL MURILLO LIVED IN LA MESA PRISON, TIJUANA MEXICO FOR MANY YEARS. MANUEL MURILLO ALSO LIVED IN MEXICALI, MEXICO NEAR THE ALL AMERICAN CANAL FOR MANY YEARS. MANUEL MURILLO LIVED IN COACHELA, CALIFORNIA WHERE HE, MANUEL MURILLO WAS EMPLOYED IN FARM LABOR, PICKING GRAPES. CAROL MENDIBLES LIVED IN LA MESA PRISON, TIJUANA MEXICO. CAROL MENDIBLES LIVED IN MEXICALI, MEXICO NEAR THE ALL AMERICAN CANAL UNDER A TREE FOR MANY YEARS. CAROL MENDIBLES LIVED IN BRAWLEY, CALIFORNIA ILLEGALLY WITH HER ENTIRE FAMILY. SANDRA SALAZAR MURILLO LIVED AT THE ELMORE RANCH, HIGHWAY 86, IMPERIAL COUNTY, CALIFORNIA. SANDRA SALAZAR MURILLO DOES NOT HAVE AN EDUCATION. SANDRA SALAZAR MURILLO CARRIED MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY SINCE SHE, SANDRA SALAZAR MURILLO WAS A TEENAGER. SANDRA SALAZAR MURILLO WAS JOINED WITH ROGELIO PINA AKA: ROY AND HIS FAMILY IN THE RAPE OF MANY AMERICANS TO CARRY CHILDREN BORN PREMATURE IN THE UNITED STATES TO COLLECT WELFARE FRAUD TO PURCHASE BRAND NEW CARS, ETC. ROGELIO PINA AKA:ROY PLANNED WITH HIS EX WIFE LUPE

PAGE 8

NUNGARAY PINA TO TAKE ROGELIO PINA MALE RELATIVES
INCLUDING JOEL DOE FROM PICO RIVERA, CALIFORNIA TO THE
ELMORE RANCH, HIGHWAY 86, IMERIAL COUNTY, CALIFORNIA TO
HAVE SEX WITH MANY OF LUPE NUNGARAY PINA RELATIVES AND TO
HAVE MANY CHILDREN BORN OUT PREMATURE WITH THE DRUG
PROVERA ILLEGALLY IN THE UNITED STATES TO INVADED THE STAR,
ELVIS PRESLEY AND HIS RELATIVES. MANY ILLEGAL FROM TIJUANA
MEXICO INCLUDING JOEL DOE AND DOREEN NUNGARAY ARE
INVOLVED IN COLLECTING WELFARE FRAUD FROM VARIOUS
COUNTIES IN CALIFORINA FOR ALL CHILDREN BORN PREMATURE
WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. JOEL
DOE PLANNED TO RAPE ME, GRACE L. SANDOVAL IN WESTMORLAND,
CALIFORNIA. JOEL DOE WAS DEMANDED TO CAUSE ME, GRACE L.
SANDOVAL A LOT OF WATER SWALLOWED AT A CANAL CALLED THE
WASH NEAR THE ELMORE RANCH, HIGHWAY 86, IMPERIAL COUNTY,
CALIFORNIA BY: JOE S. REYNA. JOE S. REYNA IS JOINED WITH LUPE
CHAVEZ SWAIN, MANUEL GARCIA AND MANY OTHERS IN THE RAPE BY
JOEL DOE IN IMPERIAL COUNTY, CALIFORNIA OF MANY OF FELOMENA
NUNGARAY DUTRA AKA: SANDOVAL RELATIVES INCLUDING
FELOMENA N. DUTRA AKA: SANDOVAL FIVE CHILDREN INCLUDING
MYSELF, GRACE L. SANDOVAL. I, GRACE L. SANDOVAL WAS RAPED
SINCE I, GRACE L. SANDOVAL WAS ELEVEN YEARS OLD BY MANY
ILLEGALS FROM MEXICO AND OTHERS INVOLVED WITH THE
MASACRE, O.J. SIMPSON IN THE RAPE OF ALL OF THE STAR, ELVIS
PRESLEY RELATIVES THAT WERE FORCED TO CARRY CHILDREN BORN
OUT OF RAPE FROM BLACKS. I, GRACE L. SANDOVAL WAS BORN IN
ORANGE, CALIFORNIA. I, GRACE L. SANDOVAL WAS BORN HEALTHY
AND WAS A FULL TERM PREGNANCY AT BIRTH. I, GRACE L. SANDOVAL
ATTENDED SCHOOL IN THE UNITED STATES. I, GRACE L. SANDOVAL
HAVE BEEN A VICTIM OF RAPE BY MANY EX PRISONERS FROM LA

PAGE 9

MESA PRISON, TIJUANA MEXICO THAT RAPE AMERICANS TO COLLECT
WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA BY IRMA
RODRIGUEZ CLARK, LUPE NUNGARAY PINA, LINDA RODRIGUEZ
RONCO, ETC.  I, GRACE L. SANDOVAL DO NOT HAVE A CONTRACT TO
CARRY CHILDREN BORN PREMATURE. I, GRACE L. SANDOVAL AM NOT
PAID ANY MONEY FOR CARRYING CHILDREN BORN PREMATURE. I,
GRACE L. SANDOVAL DO NOT HAVE A CONTRACT TO BE SURRGATE
MOTHER IN THE UNITED STATES OF AMERICA. I, GRACE L. SANDOVAL
AM INVADED BY EXPRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO IN SAN DIEGO, CALIFORNIA THAT HAVE STOLEN THOUSANDS
OF UNITED STATES DOLLARS FROM MY BANK ACCOUNTS  REGULARLY
INCLUDING FROM MY ATM BANK CARD, CASH MONEY, ETC. AFTER
INJECTING SEDATION AND HARMFUL SUBSTANCES INCLUDING
TAKING LARGE AMOUNTS OF FLUID FROM MY HUMAN BRAIN AND
BODY INCLUDING LARGE AMOUNTS OF MY HUMAN BLOOD, ETC.  THE
EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO, PRISCILLA
CASTILLO IS JOINED WITH MANY HEROIN ADDICTS THAT ARE AWAYS
STEALING FROM AMERICANS INCLUDING MYSELF,GRACE L
.SANDOVAL THAT HAVE STOELN  EVERYTHING THAT I HAVE
PURCHASED AND PAID FOR INCLUDING MY LEGAL DOCUMENTS, MY
DIPLOMAS, BIRTH CERTIFICATE, BANK STATEMENTS, BANK
REGISTERS, PHOTO ALBUMS,  ETC.  PRISCILLA CASTILLO IS JOINED
WITH MANY ILLEGALS FROM MEXICO AND ORPHANS FROM
FALLUJAH, IRAQ IN THE KIDNAP, RAPE, HOSTAGE OF MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA; PECK, CORIE IN
ESCONDIDO,CALIFORNIA.  BAP RUSSO IS INVOLVED IN THE RAPE OF
MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO BY A MALE NAMED RUZIAK IBRAHIM AKA; HUZIK.  RUZIAK
IBRAHIM LIVED IN THE COUNTRY INDIA.  RUZIAK IBRAHIM FATHER

PAGE 10

RAPED MY MOTHER FELOMENA NUNGARAY DUTRA IN WESTMORLAND, CALIFORNIA AND FORCED HER TO CARRY A MALE BORN PREMATURE ILLEGALLY WITH THE DRUG PROVERA NAMED RAMIN SHADMAN. RAMIN SHADMAN IS EMPLOYED AT THORNTON HOSPITAL, LA JOLLA, CALIFORNIA WITH A MEDICAL DOCTOR DEGREE. FELOMENA NUNGARAY DUTRA AKA: SANDOVAL WAS INVADED BY THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO, ROGELIO PINA AKA; ROY, MANUEL PINA, MARIA RODRIGUEZ, MARIA ESPINOZA, LUIS CASILLAS ROBLES, PRISCILLA CASTILLO, SUSAN GOLDING, ETC. AND THE ORPHANS FROM FALLUJAH, IRAQ, THE GROUP OF PEOPLE FROM THE COUNTRY INDIA, THE GERMANS FROM OCEANSIDE, CALIFORNIA, THE INDIANS FROM YUMA, ARIZONA, THE INDIANS FROM RINCON INDIAN RESERVATION, SAN DIEGO COUNTY, CALIFORNIA AND MANY OTHERS IN THE TALI BAN ORGANIZATION TO STEAL MONEY FROM FELOMENA N. DUTRA AKA: SANDOVAL AND ALL HER FIVE CHILDREN INCLUDING MYSELF, GRACE L.SANDOVAL AKA: GRACE S. SLALI TO PURCHASE REAL PROPERTY. STEPHANIE SONTAG AKA: WIENHART IS INVOLVED IN PLANNING TO STEAL MONEY FROM FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN TO PURCHASE REAL PROPERTY WITH THE TALI BAN AKA: TYPE OF POLITICAL PARTY FROM MEXICO "PAN" INSTEAD OF A LETTER "P" THE LETTER "B" WAS SUBSTITUTED. THE GERMAN ROBERT GOODMAN SR., CAROLOTA S. REYNA AND HER HUSBAND JOSE REYNA AKA: SANCHEZ, LUPE N. PINA AND HER EX HUSBAND ROGELIO PINA AKA; ROY, RAMON NUNGARAY AND HIS WIFE MARIA LEVINE NUNGARAY, CHRISTINA NUNGARAY RODRIGUEZ AND HER HUSBAND JOSE RODRIGUEZ, LORNA ALKFNE AKA: ALKSNE AND HER HUSBAND THAT LIVES IN WILDOMAR, CALIFORNIA, BAP RUSSO AKA: BAPSI SLALI AND HER EX HUSBAND RUSSELL GLAMIN AKA: RUSS, RUSSO AND MANY OTHERS PLANNED TO STEAL MONEY FROM BANK ACCOUNTS

PAGE 11

WITH RONNY KOBYASHI AND HIS SISTER JANET KOBYASHI AND MANY
OTHERS EMPLOYED FOR BANK OF AMERICA AND OTHER BANKS.
RAMON NUNGARAY AND HIS SISTER LUPE NUNGARAY PINA STOLD
MONEY FROM THEIR FATHER, JESUS NUNGARAY  TO PURCHASE REAL
PROPERTY.  MY GRANDFATHER, JESUS NUNGARAY  LIVED IN
MEXICALI, MEXICO IN A RANCH OF FIVE ACRES.  JESUS NUNGARY AND
HIS WIFE MERCEDES FLORES NUNGARAY AND THEIR CHILDREN WERE
INVADED BY MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO IN THEIR HOME IN MEXICALI, MEXICO AND THEIR MARKET,
PROPERTY,ETC. , THAT STOLD MONEY, FOOD, ETC. FROM MY
GRANDFATHER JESUS NUNGARAY AND HIS FAMILY CONSTANTLY.
ROBERTO NUNGARAY  IS JESUS NUNGARAY SON.  ROBERTO
NUNGARAY MARRIED CARMEN NUNGARAY AND HAD EIGHT CHILDREN
THAT LIVE IN MEXICALI, MEXICO.  ROBERTO NUNGARAY AND HIS
EIGHT CHILDREN  ARE  INVOLVED IN DRUG SMUGGLING ILLEGAL
DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED
STATES WITH MANUEL GARCIA, RICARDO CASTANEDA, IRMA
MENDIBLES, FRED BELTRAN, LUIS CONCHOLLA, ROBERT GARCIA, ETC.
THAT HAVE FALSE LAW ENFORCEMENT DEGREES AND ARE
EMPLOYED IN CALIFORNIA.  MANUEL GARCIA LIVED NEAR THE ALL
AMERICAN CANAL FOR MANY YEARS  BEFORE MOVING TO IMPERIAL
COUNTY, CALIFORNIA INCLUDING TO WESTMORLAND, CALIFORNIA.
MANUEL GARCIA DOES NOT HAVE AN EDUCATION.  MANUEL GARCIA
HAD A FALSE DEGREE IN LAW ENFORCEMENT FROM IMERIAL COUNTY
COLLEGE, IMPERIAL, CALIFORNIA.  MANUEL GARICA MARRIED
MARTHA PERAZA AND HAD ONE DAUGHTER NAMED MARYLAND
PERAZA GARCIA.  MANUEL GARCIA IS JOINED WITH MANY OTHER
ILLEGALS FROM MEXICALI, MEXICO THAT HAVE FALSE LAW
ENFORCEMENT DEGREES FROM IMPERIAL VALLEY COLLEGE,
IMPERIAL, CALIFORNIA. MANUEL GARCIA IS A RAPIST.  MANUEL

PAGE 12

GARCIA TAKES LARGE AMOUNTS OF HUMAN BLOOD FROM MY
MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER
HUSBAND FRANK DUTRA THAT LIVE ON FIRST STREET,
WESTMORLAND, CALIFORNIA.  MANUEL GARCIA TAKES LARGE
AMOUNTS OF HUMAN BLOOD FROM ALL OF FELOMENA'S FIVE
CHILDREN, GRANDCHILDREN,ETC. TO FORCE THEM ALL TO CARRY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY
AS MY MOTHER FELOMENA DID.  MANUEL GARCIA IS INVOLVED IN
THE RAPE OF MANY AMERICANS IN EL CAJON, CALIFORNIA WITH HIS,
MANUEL GARCIA BROTHER NAMED ROBERT GARCIA. MANUEL
GARCIA USES A SEDATION WHEN HE, MANUEL GARCIA FORCES INTO
PRIVATE HOMES TO TAKE INFORMATION ON ALL EMPLOYMENT OR
JOBS IN CALIFORNIA TO PROVIDE ILLEGALS FROM MEXICO WITH
INFORMATION ON EMPLOYMENT, JOBS, ETC. IN THE UNITED STATES.
ROBERT GARCIA IS JOINED WITH THE ORPHANS FROM FALLUJAH,
IRAQ THAT LIVE IN EL CAJON, CALIFORNIA, THE FIERRO FAMILIES,
THE LEVINE FAMILIES, THE ALLEN FAMILIES, THE MURILLO FAMILY,
REYNA FAMILIES, ETC. THAT ALL LIVE IN SAN DIEGO COUNTY,
CALIFORNIA THAT ARE INVOLVED IN POLYGAMY, WELFARE FRAUD,
VANDALIZING CARS, STEALING CARS, STEALING MONEY FROM BANK
ACCOUNTS, STEALING CLOTHES, STEALING GOLD, ETC.  ROBERT
GARCIA IS ALSO JOINED WITH ORPHANS FROM SANTA ANA,
CALIFORNIA THAT LIVE IN SAN DIEGO COUNTY, CALIFORNIA THAT
ARE INVOLVED IN DRILLING THE HUMAN HEART TO REQUIRE A PACE
MAKER, CAUSE HUMAN HEART FAILURE, DRILLING THE HUMAN
STERNUM BONE, DRILLING THE HUMAN SPINE VERTEBRAE, DRILLING
THE HUMAN FOREHEAD, DRILLING THE HUMAN MOUTH ON THE TOP
(PALETE), ETC. TO  DEMAND TO PICK THE HUMAN FOREHEAD TO
DEMAND MONEY FOR THE HEROIN ADDICT, COCAINE ADDICT, FOR
THE ALCOHOLIC, ETC.  JOE S. REYNA LIVES IN ALPINE, CALIFORNIA.

PAGE 13

JOE S. REYNA IS JOINED WITH MANY AMERICANS FROM BRAWLEY, CALIFORNIA INVOLVED IN FALSE DEGREES AND THAT ARE EMPLOYED IN SAN DIEGO, CALIFORNIA THAT HAVE INVADED SAN DIEGO, CALIFORNIA. JOE S. REYNA IS ALSO INVOLVED WITH WITH MANY INDIANS FROM YUMA, ARIZONA THAT HAVE CRIMINAL RECORDS AND HAVE BEEN TO PRISON FOR YEARS THAT ALSO HAVE FALSE DEGREES AND ARE EMPLOYED IN SAN DIEGO, CALIFORNIA. JOE S. REYNA IS INVOLVED WITH MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT CLAIM TO BE CHILDREN BORN PREMATURE IN MEXICALI, MEXICO FROM JOE S. REYNA MOTHER, CARLOTA S. REYNA. CARLOTA S. REYNA LIVED IN MEXICALI, MEXICO FOR MANY YEARS BEFORE MOVING TO WESTMORLAND, CALIFORNIA. CARLOTA S. REYNA ABANDONED MANY OF HER CHILDREN BORN PREMATURE IN MEXICALI, MEXICO THAT WERE CARED FOR IN LA MESA PRISON, TIJUANA MEXICO. ALL CHILDREN BORN PREMATURE FROM CARLOTA S. REYNA, FELOMENA N. DUTRA AKA: SANDOVAL, LUPE NUNGARAY PINA, ETC. THAT LIVED IN LA MESA PRISON, TIJUANA, MEXICO ARE JOINED WITH THE GERMAN, ROBERT GOODMAN SR. IN ORGANIZED CRIME IN CALIFORNIA INCLUDING IN FALSE DEGREES AND EMPLOYMENT IN CALIFORNIA. ALL CHILDREN BORN PREMATURE WITH THE DRUG PROVERA THAT LIVED IN LA MESA PRISON, TIJUANA MEXICO ARE BARREN OR UNABLE TO REPRODUCE CHILDREN. EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO ARE INVOLVED WITH ROBERT GOODMAN SR. IN THE RAPE OF MANY AMERICANS IN CALIFORNIA INCLUDING ALL OF ELVIS PRESLEY RELATIVES INCLUDING MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC. ROBERT GOODMAN SR. IS INVOLVED IN WELFARE FRAUD WITH IRMA RODRIGUEZ CLARK AKA: NATALIE MAXWELL, FATIMA DIAZ SLALI ARREDONDO, LINDA RODRIGUEZ RONCO, CONNIE DIAZ SLALI

PAGE 14

CERVANTES STOKELY AKA: CONI, LINDA DIAZ SLALI, BAP RUSSO AKA:
BAPSI SLALI, LORNA ALKFNE AKA: ALKSNE, LUPE NUNGARAY PINA,
ETC. PRISCILLA DISSELKOWEN CASTILLO IS JOINED IN STEALING
MONEY FROM BANK ACCOUNTS TO PURCHASE REAL PROPERTY AND
HAVE THE PROPERTY OWNERS HOSTAGE AND DEMANDING THE
VICTIMS TO SAY AND DO EVERYTHING THERY ARE DEMANDED TO SAY
AND DO BY THE ORGANIZED CRMINALS THAT HAVE FALSE DEGREES
AND HAVE CRIMINAL RECORDS FROM PRISON, ETC. , WITH STEPHANIE
SONTAG AKA: WINEHART, PETER GALLAGHER AKA: GALLA, KENNETH
K. SO AKA: HO, LINDA QUINN, LAURA J. BIRKMEYER AKA: KELLY BIRK,
GERALD JESSOP, JOSEPH BRANNIGAN AKA: BRAN, RONALD S. PRAGER,
KATHY MEALER, JENNIFER DEBLASE, LINDA YBARRA FIERRO, BECKY
MARES FIERRO, NANCY SANDOVAL ROBLES, MARTHA G. ROBLES,
MARYLOU G. ROBLES, CALLIE ROBLES AND MANY OTHERS. PRISCILLA
CASTILLO DEMANDS BRENDA ESPINOZA, CECILIA SALDIVAR, LINDA
YBARRA FIERRO, SANDRA SALAZAR MURILLO AND MANY OTHERS TO
WRITE WELFARE FRAUD. PRISCILLA CASTILLO IS BEEN REPORTED BY
MANY AMERICANS IN THE UNITED STATES FOR HER CRIME OF
INVADING THE PRIVACY OF MANY AMERICANS BY VIEWING WITH A
CAMERA AND DEMANDING WHAT TO SAY AND DO TO THE VICTIMS
AFTER BEING INJECTED IN THE HUMAN BRAIN, BODY INCLUDING
HUMAN SPLEEN WITH SUBSTANCE TO CAUSE A RAPID IMPULSE, ETC.
PRISCILLA CASTILLO IS JOINED WITH STEPHANIE SONTAG AKA:
WINEHART IN VIEWING WITH A CAMERA TO CAUSE MURDER OF MANY
AMERICANS IN THE UNITED STATES AFTER BEING INJECTED WITH A
SUBSTANCE TO CAUSE AN RAPID IMPULSE, ETC. STEPHANIE SONTAG
AKA: WINEHART LIVED ON ADLER STREET, BRAWLEY, CALIFORNIA
BEFORE MOVING TO SAN DIEGO, CALIFORNIA. STEPHANIE SONTAG
AKA: WINEHART WAS INVOLVED IN A RELATIONSHIP WITH MICHAEL
WAGNER AKA: RICHARD JOHNSON. MICHAEL WAGNER AKA: RICHARD

PAGE 15

JOHNSON WAS EMPLOYED AS A POLICE OFFICER FOR THE BRAWLEY
POLICE DEPARTMENT, BRAWLEY, CALIFORNIA. STEPHANIE SONTAG
AKA: WIENHART CLAIMED TO ASLO BE EMPLOYED AT THE BRAWLEY
POLICE DEPARTMENT, BRAWLEY, CALIFORNIA. STEPHANIE SONTAG
AKA: WINEHART IS INVOLVED IN THE RAPE OF MY MOTHER
FELOMENA NUNGARAY DUTRA AKA: SANDOVAL IN WESTMORLAND,
CALIFORNIA THAT WAS FORCED TO CARRY MORE THAN FORTY
CHILDREN BORN PREMAUTRE WITH THE DRUG PROVERA ILLEGALLY
FOR MANY YEARS. STEPHANIE SONTAG AKA: WINEHART DEMANDED
THE RAPIST INCLUDING THE INDIANS FROM YUMA, ARIZONA THAT
CLAIMED TO BE HIGHWAY PATROL, IMPERIAL COUNTY, CALIFORINA
TO TAKE FELOMENA'S HUMAN BLOOD INCLUDING HER FLUID FROM
HER,FELOMENA N. DUTRA AKA: SANDOVAL HUMAN BRAIN AND BODY
OFTEN. STEPHANIE SONTAG AKA: WINEHART HAS STOLEN MONEY,
FOOD, ETC. FROM FELOMENA AND HER FIVE CHILDREN INCLUDING
MYSELF, GRACE LUPE SANDOVAL AKA: GRACE SANDOVAL SLALI.
STEPHANIE SONTAG AKA: WINEHART HAS STOLEN THOUSANDS OF
UNITED STATES DOLLARS FROM MY MOTHER FELOMENA NUNGARAY
DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN,
GRANDCHILDREN,ETC. TO INVEST IN REAL PROPERTY, TRAILERS,
CARS, EDUCATE, ETC. FOR ILLEGALS, ORPHANS, EX CONVICTED, ETC.
IN THE TALI BAN. THE TALI BAN IN SAN DIEGO, CALIFORNIA IS
JOINED WITH PHILIP RAND AND MANY ORPHANS FROM SANTA ANA,
CALIFORNIA THAT HAVE FALSE MEDICAL DOCTORS DEGREES IN
GYNECOLOGY. THE TALI BAN IS ALSO JOINED THE ORPHANS FROM
SANTA ANA CALIFORNIA THAT HAVE FALSE PSYCHIATRIST DEGREES.
THE TALI BAN IS JOINED WITH DALE FARABEE THAT HAS PROVIDED
INFORMATION ON FALSE PSYCHIATRIST DEGREES TO CRIMINALS
WITH A CRIMINAL RECORD FROM PRISON. THE TALI BAN ARE
TERRORIST IN THE UNITED STATES AND ARE THREATENING TO

PAGE 16

CONTINUE THEIR TERRORIST ATTACKS IN NEW YORK CITY, NEW
YORK WHERE IT IS INVADED BY MANY EX PRISONERS FROM LA MESA
PRISON, TIJUANA, MEXICO INCLUDING THE MAYOR, MICHAEL
BLOOMBERG. ROBERT GOODMAN SR. PROVIDES A EXTREMELY
STRONG SUBSTANCE FROM FOGERTY PETROLEUM IN POINT LOMA
AREA, SAN DIEGO, CALIFORNIA TO MANY HEROIN ADDICTS,
ALCOHOLICS, ETC. IN SANTA ANA, CALIFORNIA, PICO RIVERA,
CALIFORNIA, ETC. TO POUR OVER A HUMAN BODY TO CAUSE THE
HUMAN BODY TO DETERIORATE ON CONTACT. MANY PEOPLE ARE
REPORTED MISSING IN VARIOUS COUNTIES IN CALIFORNIA. KATHRYN
JEAN YAVENDITTI AKA: KATE IS A MASACRE. KATHRYN JEAN
YAVENDITTI AKA: KATE IS TRANSPORTING THE EXTREMELY STRONG
AND DANGEROUS SUBSTANCE TO SANTA ANA, CALIFORNIA TO BE USED
BY DRUG ADDICTS, ETC. INCLUDING MANY HEROIN ADDICTS THAT
LIVE IN LA MIRDADA, CALIFORNIA. KATHRYN JEAN YAVENDITTI
AKA: KATE HAS A SUPERME COURT FILE NO. S108367 IN LOS ANGELES,
CALIFORNIA FROM ME, GRACE L. SANDOVAL. KATHRYN JEAN
YAVENDITTI AKA: KATE IS INVOLVED IN DRUG SMUGGLING ILLEGAL
DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED
STATES. KATHRYN JEAN YAVENDITTI AKA: KATE IS INVOLVED IN
STEALING CARS FROM JESSE DIAZ SLALI, CORINA SANDOVAL SLALI
AKA; PECK, CORIE, MYSELF, GRACE LUPE SANDOVAL AKA: GRACE
SANDOVAL SLALI, ETC. KATHRYN JEAN YAVENDITTI AKA: KATE HAS
STOLEN THOUSANDS OF UNITED STATES DOLLARS FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND
OTHER BANK ACCOUNTS INCLUDING ATM BANK CARDS AND FROM
ERA REALTY IN MAY 1986 WHEN I, GRACE L. SANDOVAL AKA: GRACE S.
SLALI SOLD MY HOME AT 7690 NORTHRUP DRIVE, SAN DIEGO,
CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA: KATE INVADED ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI AND JESSE DIAZ SLALI AND

PAGE 17

OUR TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE IN SAN DIEGO COUNTY, CALIFORNIA WITH HER FATHER, A GERMAN AND HIS RELATIVES THAT ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. KATHRYN JEAN YAVENDITTI AKA: KATE HAS CAUSED MAN SLAUGHTER TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE AND MYSELF, GRACE L.SANDOVAL AKA: GRACE S. SLALI THER JESSE DIAZ SLALI. KATHRYN JEAN YAVENDITTI AKA: KATE IS DEMANDED BY HER FATHER THE GERMAN THAT LIVES IN LEUCADIA, CALIFORNIA AND HIS RELATIVE THE GERMAN, ROBERT GOODMAN SR. THAT LIVES IN OCEANSIDE, CALIFORNIA TO KIDNAP ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE AND DRIVE ME AND MY TWO DAUGHTERS UNDER SEDATION IN HER CAR AND OUR OWN CARS TO VARIOUS COUNTIES IN CALIFORNIA TO BE TORTURED BY HEROIN ADDICTS. KATHRYN JEAN YAVENDITTI AKA: PLANNED WITH MANY HEROIN ADDICTS AND ILLEGALS FROM MEXICO, ORPHANS, ETC. INCLUDING POLIMINO MIRAMONTES AKA: POLI AND HIS WIFE SYLVIA ARAUJO MIRAMONTES TO FORCE ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND JESSE TO MOVE OUT OF OUR BRAND NEW HOME AT 7690 NORTHRUP DRIVE, SAN DIEGO, CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA: KATE DEMANDED A GERMAN FEMALE NAME CAROLYN TO FOLLOW JESSE DIAZ SLALI AND TO HAVE SEX WITH HER, CAROLYN THAT DOES NOT HAVE A UTERUS. PRISCILLA CASTILLO DEMAND A FEMALE NAMED CECILA SALDIVAR TO HAVE SEX WITH JESSE DIAZ SLALI AND TO CONCEIVE IN CHILD. I, GRACE L. SANDOVAL WAS RAPED AT OUR HOME AT 7690 NORTHRUP DRIVE, SAN

PAGE 17

DIEGO, CALIFORNIA BY THE ORPHANS FROM FALLUJAH, IRAQ
INCLUDING AYAD KHALID. THE ORHPAN FROM FALLUJAH, IRAQ
LORNA ALKFNE AKA: ALKSNE DEMANDED THE ORHPAN, AYAD KHALID
TO HAVE SEX WITH THE ILLEGAL FROM MEXICALI, MEXICO AND EX
PRISONER FROM LA MESA PRISON, TIJUANA MEXICO, FRANCES
LEVINE GONZALES AND TO CONCEIVE IN CHILD OR PREGNANCY.
LORNA ALKFNE AKA: ALKSNE DEMANDED THAT I, GRACE L.
SANDOVAL BE SURROGATE MOTHER OF THE CHILD FROM FRANCES
LEVINE GONZALES AND AYAD KHALID. I, GRACE L. SANDOVAL
REPORTED THE CRIME IMMEDIATELY TO LAW ENFORCEMENT, ETC.
I, GRACE L. SANDOVAL DID NOT AGREE TO BE SURROGATE MOTHER. I,
GRACE L. SANDOVAL HAVE BEEN RAPED MANY TIMES BY THE
ORPHANS FROM FALLUJAH, IRAQ THAT ARE INVOLVED WITH IRMA
RODRIGUEZ CLARK IN ORGANIZED CRIME INCLUDING DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES. THE ORPHANS FROM NEW JERSEY
WERE PROVIDED WITH INFORMATION FROM MY SISTER NANCY
SANDOVAL ROBLES THAT HAS MANY RECORDS AND LEGAL
DOCUMENTS FROM ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI TO
PROVIDE THE ORPHANS FROM NEW JERSEY INCLUDING TERESA
SAVARESE, CINDY HEART, ERIC WARREN AKA; DARIN, ETC. ON THE
PURCHASE OF BRAND NEW HOMES IN MIRAMESA AREA, SAN DIEGO,
CALIFORNIA. THE ORPHANS FROM NEW JERSEY, INCLUDING ERIC
WARREN AKA; DARIN, TERESA SAVARESE, ANDREA CARLIN, ETC. ARE
JOINED WITH THE ORPHAN FROM LA MESA PRISON, TIJUANA MEXICO,
PRISCILLA CASTILLO IS STEALING MONEY FROM MY BANK OF
AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE
BRAND NEW HOMES FROM PARDEE CONSTRUCTION. SUSAN GOLDING
HAD ALREADY STOLEN MONEY FROM ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK

PAGE 19

ACCOUNTS TO PURCHASE REAL PROPERTY AND DEMANDED THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO, CINDY HEART, PRISCILLA CASTILLO, LUIS CASILLAS ROBLES,MARIA ESPINOZA, ETC. TO STEAL MONEY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE PROPERTY, ETC. SUSAN GOLDING IS JOINED WITH BAP RUSSO AKA: BAPSI SLALI EX HUSBAND RUSSEL GLAMIN AKA: RUSS, RUSSO IN STEALING MONEY, FOOD, ETC. FROM ME, GRACE L.SANDOVAL AKA: GRACE S. SLALI AND FROM MY BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY. SUSAN GOLDING WAS TAKING HUMAN BLOOD AND FLUID FROM THE HUMAN BRAIN TO CAUSE FLUID LOSS IN ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND ALSO IN JESSE DIAZ SLALI. SUSAN GOLDING WAS ALSO FORCING SNAKE INTO MY HUMAN MOUTH TO CAUSE POISON IN MY HUMAN BODY MANY TIMES.   SUSAN GOLING DEMANDED CINDY HEART TO FORCE A HANDGUN INTO MY HUMAN MOUTH TO SHOOT A BULLET IN MY HUMAN BODY TO CAUSE ME, GRACE L. SANDOVAL INJURY, ETC. SUSAN GOLDING ASSAULTS AND DEMANDED MY BRAND NEW FURNITURE THAT I, GRACE L. SANDOVAL AKA: GRACE S. SLALI PURCHASED AT A FURNITURE STORE ON 30TH AND EL CAJON BLVD, SAN DIEGO, CALIFORNIA. SUSAN GOLDING FORCED INTO MY APARTMENT ON NORTH AVENUE, SAN DIEGO, CALIFORNIA AND ASSAULTED ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI WITH A HANDGUN TO DEMAND ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI TO SIGN THE OWNERS SLIP OF MY CHEVROLET CITATION I OWNED. THE CHEVROLET CITATION WAS A GIFT FROM MY MOTHER FELOMENA N. DUTRA AND HER HUSBAND FRANK DUTRA. SUSAN GOLDING DEMANED RAUL DIAZ TO HAVE SEX WITH JOEL DOE DAUGHTER NAMED WINONA RYDER THAT WAS BORN OUT PREMATURE AND TO FORCE ME, GRACE L. SANDOVAL TO BE

PAGE 20

SURROGATE MOTHER ILLEGALL FOR THEIR TWO CHILDREN.  BAP RUSSO AKA: BAPSI SLALI FORCED HER SON BORN OUT OF WEDLOCK THAT LIVES IN SAN DIEGO, CALIFORNIA TO HAVE SEX WITH ELSIE NUNGARAY ESPARZA IN MY APARTMENT ON NORTH AVENUE, SAN DIEGO, CALIFORNIA AND TO FORCE ME, GRACE L. SANDOVAL TO BE SURROGATE MOTHER ILLEGALLY FOR THEIR CHILD.  SUSAN GOLDING, PRISCILLA CASTILLO, GILBERT OTERO, IRMA MENDIBLES, RICARDO CASTANEDA, MANUEL GARCIA,  ETC.  PLANNED AN AUTO ACCIDENT NEAR JULIAN, CALIFORNIA IN THE MOUNTAINS IN A MONTE CARLO OWNED BY FRANK DUTRA AND HIS WIFE FELOMENA N. DUTRA. GILBERT OTERO PLANNED THE AUTO  ACCIDENT IN THE CHEVROLET, MONTE CARLO DRIVEN BY MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI IN  NEAR JULIAN, CALIFORNIA IN DECEMBER 1989  WITH HENRY ROBLES JR., CYNTHIA S. ROBLES, CORINA S. SLALI.  FELOMENA N. DUTRA WAS AWARE OF THE PLAN FOR THE AUTO ACCIDENT NEAR JULIAN, CALIFORNIA,  SAN DIEGO COUNTY, CALIFORNIA TO COLLECT MONEY FROM INSURANCE COMPANY FOR FELOMENA N. DUTRA AND HER HUSBAND FRANK DUTRA TO TAKE A VACATION ON A SHIP OR CRUISE WITH HER, FELOMENA'S BROTHER RAMON NUNGARAY AND HIS WIFE MARIA LEVINE NUNGARAY.  RAMON NUNGARAY HAS STOLEN MONEY FROM MY BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS. I, GRACE L. SANDOVAL AKA: GRACE S. SLALI HAVE REPORTED RAMON NUNGARAY AND HIS WIFE MARIA LEVINE NUNGARAY AND THEIR FOUR DAUGHTERS, ELSIE, SANDRA, DOREEN, SONIA  FOR STEALING MONEY FROM MY BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS. I, GRACE L. SANDOVAL DO NOT AGREE TO GIVE ANY MONEY TO ANYONE. I, GRACE L. SANDOVAL AM INVADED BY MANY ILLEGALS FROM MEXICALI, MEXICO INCLUDING THE LEVINE FAMILIES THAT HAVE STOLEN MONEY, FURNITURE, BIKES, MONEY, ETC. AND HAVE ME, GRACE L. SANDOVAL AKA: GRACE S.

PAGE 21

SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA;
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE
RAPED AND FORCING ME AND MY TWO DAUGHTERS TO CARRY
CHILDREN BORN PRREMATURE WITH THE DRUG PROVERA ILLEGALY
IN THE UNITED STATES FOR THE LEVINE FAMILIES TO COLLECT
WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA FOR
EACH CHILD. FELOMENA N. DUTRA IS INVOLVED WITH HER BROTHER
RAMON NUNGARAY IN STEALING MONEY FROM FELOMENA'S FIVE
CHILDREN, GRANDCHILDREN, ETC. FELOMENA N. DUTRA IS INVOLVED
WITH HER BROTHER AMADO NUNGARAY IN STEALING MONEY FROM
FELOMENA'S FIVE CHILDREN, GRANDCHILDREN, ETC. FELOMENA N.
DUTRA IS INVOLVED WITH HER BROTHER ROBERTO NUNGARAY THAT
LIVES IN MEXICALI, MEXICO IN STEALING MONEY FROM ALL OF
FELOMENA'S FIVE CHILDREN,GRANDCHILDREN, ETC. FELOMENA N.
DUTRA IS INVOLVED WITH HER SISTERS, LUPE NUNGARAY PINA,
JOSEPHINA NUNGARAY ESPINOZA, CHRISTINA NUNGARAY RODRIGUEZ
IN STEALING MONEY FROM FELOMENA'S FIVE CHILDREN,
GRANDCHILDREN, ETC. FELOMENA N. DUTRA AKA: SANDOVAL IS
INVOVLED WITH MANY HEROIN ADDICTS THAT LIVE IN
WESTMORLAND, CALIFORNIA , BRAWLEY, CALIFORNIA AND OTHER
AREAS IN STEALING MONEY FROM ALL OF FELOMENA'S FIVE
CHILDREN, GRANDCHILDREN, ETC.FELOMENA N. DUTRA IS INVOLVED
IN PROVIDING THE EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO WITH INFORMATION TO FORCE INTO THE HOME OF MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA:PECK, CORIE AND MYSELF,
GRACE L. SANDOVAL AKA: GRACE S. SLALI IN SAN DIEGO COUNTY,
CALIFORNIA TO TAKE OUR HUMAN BLOOD, FLUID FROM OUR HUMAN
BRAIN AND BODY ,TO CAUSE INJURIES TO OUR HUMAN SKIN AND
BONES INCLUDING THE SEX ORGAN ESPECIALLY OUR HUMAN MOUTH.

PAGE 22

THE HEROIN ADDICTS THAT FORCE INTO MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI  PRIVATE HOMES TO SPREAD
DISEASES BY FORCING THEIR INFECTED MALE SEX ORGAN INTO THE
HUMAN MOUTH TO SPREAD ORAL CANCER.  IRMA RODRIGUEZ CLARK
WAS BORN IN MEXICALI, MEXICO.  IRMA RODRIGUEZ CLARK IS
INVOLVED IN THE MURDER OF MANY OF MY RELATIVES WITH THE
ORPHAN FROM FALLUJAH, IRAQ TO COLLECT LIFE INSURANCE
MONEY,  IRMA RODRIGUEZ CLARK IS INVOLVED IN KIDNAPPING MANY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA IN THE
UNITED STATES TO CARE FOR THEM IN HER PRIVATE HOME AT 9884
VIEW COURT, ESCONDIDO, CALIFORNIA.  IRMA RODRIGUEZ CLARK
FORCED ECSTASSY IN THE HUMAN MOUTH OF HER, IRMA RODRIGUEZ
CLARK RELATIVES SPOUCES OR MATES INCLUDING JESSE DIAZ SLALI
FOR IRMA RODRIGUEZ CLARK  TO CONCEIVE IN CHILD TO CARRY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY
AND TO COLLECT WELFARE FRAUD FROM VARIOUS COUNTIES IN
CALIFORNIA.  IRMA RODRIGUEZ CLARK CARES FOR ALL HER
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALY IN
SAN DIEGO COUNTY, CALIFORNIA AND COLLECTS WELFARE FRAUD
FOR EACH.  IRMA RODRIGUEZ CLARK GIVES ALL HER CHILDREN
BORN PREMATURE WITH THE DRUG PROVERA ILLLEGALLY IN SAN
DIEGO COUNTY, CALIFORNIA  TO ILLEGALS FROM MEXICO THAT LIVE
IN SAN DIEGO COUNTY, CALIFORNIA.  IRMA RODRIGUEZ CLARK HAS
PURCHASED BRAND NEW CARS AND PAID FOR HER BRAND NEW CARS
WITH WELFARE FRAUD.  IRMA RODRIGUEZ CLARK IS JOINED WITH
MANY OTHERS IN PURCHASING BRAND NEW CARS AND PAYING FOR
THEIR BRAND NEW CARS WITH WELFARE FRAUD INCLUDING NANCY S.
ROBLES.  IRMA RODRIGUEZ CLARK IS JOINED WITH PRISCILLA

PAGE 23

CASTILLO, SUSAN GOLDING AND MANY OTHERS FROM LA MESA
PRISON, TIJUANA MEXICO IS THE RAPE OF JESSE DIAZ SLALI AND ALL
HIS, JESSE DIAZ SLALI CHILDREN BORN PREMATURE WITH THE DRUG
PROVERA IN THE UNITED STATES OF AMERICA FROM WOMEN THAT
LIVE IN THE UNITED STATES INCLUDING IRMA RODRIGUEZ CLARK.
IRMA RODRIGUEZ CLARK IS JOINED WITH PRISCILLA CASTILLO,
SUSAN GOLDING, BAP RUSSO AKA; BAPSI SLALI, LORNA ALKFNE
AKA;ALKSNE IN THE RAPE OF RAUL DIAZ, MANUEL DIAZ SLALI ,DAVID
DIAZ AND MANY OTHERS RELATED TO JESSE DIAZ SLALI THAT LIVE IN
LOS ANGELES COUNTY, CALIFORNIA AND NEARBY AREAS. LUPE N.
PINA IS JOINED WITH ROGELIO PINA AND HIS RELATIVES FROM
TIJUANA MEXICO IN THE RAPE OF MANY PEOPLE THAT LIVED IN
BRAWLEY, CALIFORNIA BEFORE MOVING TO LOS ANGELES COUNTY,
CALIFORNIA AND NEARBY AREAS. LUPE N. PINA IS JOINED WITH MIKE
LEVINE AND HIS DAUGHTER KATHY LEE GIFFORD AKA: LEVINE IN THE
RAPE OF ALL OF ELVIS PRESLEY RELATIVES THAT LIVE IN VARIOUS
COUNTIES IN CALIFORNIA THAT ARE FORCED TO CARRY CHILDREN
BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY. LUPE N.
PINA IS INVOLVED WITH THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA MEXICO IN STEALING CARS, SELLING STOELN CARS TO THE
PUBLIC FOR MONEY ILLEGALLY. PRISCILLA CASTILLO IS INVOLVED
IN THE RAPE OF MY RELATIVE CARMEN NUNGARAY THAT LIVES IN
SANTA ANA, CALIFORNIA WITH HER HUSBAND JOSE AKA: BELALA.
PRISCILLA CASTILLO HAS STOLEN THOUSANDS OF U.S. DOLLARS
FROM CARMEN NUNGARAY AND HER HUSBAND JOSE AKA; BELALA.
IRMA RODRIGUEZ CLARK PLANNED TO DRIVE MANY OF HER
RELATIVES TO SAN DIEGO COUNTY, CALIFORNIA TO HAVE SEX WITH
MEN TO CONCEIVE IN CHILD INCLUDING JESSE DIAZ SLALI. JESSE
DIAZ SLALI HAS REPORTED IRMA RODRIGUEZ CLARK AND MANY
OTHERS FOR FOLLOWING HIM, JESSE DIAZ SLALI IN PUBLIC, PRIVATE

PAGE 24

HOME, PLACE OF EMPLOYMENT, ETC. TO DEMAND MONEY FROM
JESSE DIAZ SLALI. PRISCILLA CASTILLO IS JOINED WITH KATHRYN
JEAN YAVENDITTI AKA: KATE, SUSAN GOLDING, IRMA RODRIGUEZ
CLARK, NANCY S. ROBLES, MAGGIE CASTANO, LUPE NUNGARAY PINA,
KATHY MEALER, JOE S. REYNA, SYLVIA ARAUJO MIRAMONTES,
POLIMINO MIRAMONTES AKA: POLI, JESSIE MIRAMONTES RUIZ, LIZZY
MIRAMONTES, LISA REESE, BAP RUSSO AKA: BAPSI SLALI, FATIMA
DIAZ SLALI ARREDONDO, MARTHA G. ROBLES, MARYLOU G. ROBLES
AND MANY OTHERS  IN STEALING INFORMATION FROM ME, GRACE L.
SANDOVAL AKA; GRACE S. SLALI TO PROVIDE INFORMATION TO
HEROIN ADDICTS INCLUDING ENEMIES, ILLEGALS, RAPIST, EX
CONVICTED, ETC.  FELOMENA N. DUTRA DEMANDS HEROIN ADDICTS
TO FORCE INTO MY HOME TO STEAL EVERYTHING IN MY HOME AND
TO DAMAGE EVERYTHIN IN MY HOME.  PRISCILLA CASTILLO
DEMANDS FELOMENA, NANCY, IRMA AND DIANE TO SAY SLANDER TO
THE PUBLIC ABOUT ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI
FOR REPORTING THE CRIMINALS FROM LA MESA PRISON, TIJUANA
MEXICO THAT SPY ON ME, GRACE L. SANDOAVL AKA: GRACE S. SLALI
TWENTY FOUR HOURS A DAY, SEVEN DAYS A WEEK. I, GRACE L.
SANDOVAL DO NOT PROVIDE ANY INFORMATION TO ANY ILLEGALS
FROM LA MESA PRISON, TIJUANA MEXICO OR ANYONE INVOLVED IN
DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM
MEXICO TO THE UNITED STATES.  THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO ARE INVOLVED IN MURDER OF MANY
AMERICANS WITH THE ORHPANS, O.J. SIMPSON, PATRICK, J. CLARK,
DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN, DAN GREEEN AKA:
HAMMOD, EDGAR AKA: MAC, ETC.  PRISCILLA CASTILLO IS INVOLVED
WITH MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO
THAT HAVE FALSE REGISTERED NURSE DEGREES INCLUDING HANNHA
MARRA.  HANNAH MARRA WAS DEMANDED TO FORCE INTO MY

PAGE 25

APARTMENT ON MONSANTO COURT, SAN DIEGO, CALIFORNIA TO
COAT MY FURNITURE, MATTRESS, TELEVISION,CLOTHES, SHOES, ETC.
WITH CIGARETTE LIGHTER FLUID AND TO IGNITE ON FIRE
EVERYTHING IN MY APARTMENT ON MONSANTO COURT, SAN DIEGO,
CALIFORNIA. PRISCILLA CASTILLO IS JOINED WITH LEONARD FINK,
KATHRYN JEAN YAVENDITTI AKA: KATE AND MANY OTHERS IN
VANDALIZING MY CAR IN SAN DIEGO COUNTY, CALIFORNIA.
PRISCILLA CATILLO IS JOINED WITH RICHARD ESPINOZA IN
KIDNAPPING ME, GRACE AND MY TWO DAUGHTERS PRISCELLA AND
CORINA AKA; CORIE AND FORCING ME AND MY TWO DAUGHTERS IN
THE CANYON ON MARYLAND, SAN DIEGO, CALIFORNIA. PHILIP RAND
LIVES NEAR THE CANYON ON MARYLAND, SAN DIEGO, CALIFORNIA.
LEONARD FINK IS JOINED IN FORCING MY TWO DAUGHTERS AND
MYSELF IN THE CANYON ON MARYLAND, SAN DIEGO, CALIFORNIA TO
BE ATTACKED BY WILD RACOONS THAT LIVE IN THE CANYON.
LEOANRD FINK IS VIEWED BY CAMERA BY EX PRISONERS PETER
GALLAGHER AKA: GALLA AND LAURA J. BIRKMEYER AKA: KELLY
BIRK THAT DEMAND TO MURDER ME, GRACE AND MY TWO
DAUGHTERS AND THEIR FATHER JESSE DIAZ SLALI. JESSE DIAZ SLALI
MURDER WAS PLANNED AND DEMANDED BY PRISCLLLA CASTILLO ON
SEPTEMBER 6, 2007 WHILE I, GRACE L. SANDOVAL WAS ON MARYLAND,
SAN DIEGO, CALIFORNIA TAKING PHOTOGRAPHS OF A WILD RACOON
THAT JESSE DIAZ SLALI WAS DEMANDING ME, GRACE TO STAY AWAY
FROM. PRISCILLA CASTILLO, SUSAN GOLDING, KATHRYN JEAN
YAVENDITTI AKA: KATE ARE JOINED WITH MANY MEDICAL DOCTORS
WITH FALSE DEGREES IN PLANNING MURDER IN THE UNITED STATES
AFTER STEALING THOUSANDS OF UNITED STATES DOLLARS AND ALSO
AFTER TAKING LARGE AMOUNTS OF HUMAN BLOOD. PRISCILLA
CASTILLO DEMANDS HEROIN ADDICTS TO VANDALIZE MY CAR THAT I
PURCHASED BRAND NEW IN SAN DIEGO, CALIFORNIA. PRISCILLA

PAGE 26

CASTILLO PLANNED A BANKRUPTCY BY ME, GRACE L. SANDOVAL
WHILE I, GRACE L. SANDOVAL LIVED ON MOUNT ALIFAN, SAN DIEGO,
CALIFORNIA IN A CONDOMINIUM OWNED BY CECILIA AGUILLON.
CECILIA AGUILLON HAD A DAUGHTER BORN PREMATURE FROM MY
DAUGHTER CORINA SANDOVAL SLALI AKA; PECK, CORIE AND THE
RAPIST, MASACRE JOEL DOE THAT IS RELATED TO ROGELIO PINA.
PRISCILLA CASTILLO DEMANED LAURAL WILSON TO NOT EMPLOY ME,
GRACE L. SANDOAVL AT WESTWAYS STAFFING SERVICES, MERCURY,
SAN DIEGO, CALIFORNIA TO CAUSE ME, GRACE L. SANDOVAL TO BE
UNEMPLOYED AND TO FILE BANKRUPTCY. WESTWAYS STAFFING
SERVICES IS OWNED BY HAROLD STERLING. HAROL STERLING DOES
NOT HAVE HUMAN FINGERNAILS. HAROLD STERLING LIVED IN LA
MESA PRISON, TIJUANA MEXICO. HAROLD STERLING WAS EMPLOYED
AT FED MART, CALEXICO, CALIFORNIA WITH ROBERTO NUNGARAY SR.
LAURAL WILSON LIVED ON BERGER AVENUE, SAN DIEGO, CALIFORNIA
WITH HER HUSBAND AND SON. LAURAL WILSON MOTHER IS IRENE
SANDOVAL. LAURAL WILSON WAS DEMANDED BY RUSSEL GLAMIN
AKA; RUSS, RUSSO AND MANY OTHERS TO STEAL MONEY FROM MY
PAY CHECK AT WESTWAYS STAFFING SERVICES. HAROLD STERLING
PLANNED WITH JOE S. REYNA, JAVIER S. REYNA AND MANY OTHER EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO TO USE ALL OF
MY EXPERIENCE IN THE MEDICAL FIELD FOR MANY EX PRISONERS
FROM LA MESA PRISON, TIJUANA MEXICO TO USE TO CHALLENGE THE
REGISTERED NURSE BOARD ILLEGALLY. PRSICILLA CASTILLO
DEMANDED TANIA MILLER AND HER RELATIVE JUAN CESENA TO
BREAK MY CAR WINDOW ON MOUNT ALIFAN, SAN DIEGO, CALIFORNIA
TO STEAL MY LUGGAGE FULL OF UNIFORM. PRISCILLA CASTILLO AND
SUSAN GOLDING PLANNED ALSO TO STEAL MY LUGGAGE AT
STONEWOOD APARTMENTS, MIDWAY AVENUE, SAN
DIEGO,CALIFORNIA TO START A FICTITIOUS BUSINESS WITH ALL OF

PAGE 27

MY DIPLOMAS, BIRTH CERTIFICATES, NURSE SUPPLIES, NURSE
UNIFORM,ETC. AS DONE IN LA MIRADA, CALIFORNIA BY MANY
ILLEGALS FROM MEXICO INCLUDING ARCELIA HERNANDEZ THAT
SELL BIRTH CERTIFICATES TO THE PUBLIC FOR MONEY ILLEGALLY
FOR CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLLEGALLY IN THE UNITED STATES OF AMERICA. I, GRACE L.
SANDOVAL DO NOT AGREE FOR ANY EX PRISONER FROM LA MESA
PRISON, TIJUANA MEXICO TO FOLLOW ME, GRACE L .SANDOVAL AND
MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE TWENTY
FOUR HOURS A DAY, SEVEN DAYS A WEEK.  PRISCILLA CASTILLO IS
JOINED WITH MANY CRIMINALS INCLUDING KATHRYN JEAN
YAVENDITTI AKA: KATE, KATHY MEALER, IRMA RODRIGUEZ CLARK,
TERRY DIAZ SLALI, FATIMA DIAZ SLALI ARREDONDO, LORNA ALKFNE
AKA: ALKSNE, STEPHANIE SONTAG AKA: WINEHART, BAP RUSSO AKA;
BAPSI SLALI, ETC.  SUBMITTING FALSE DOCUMENTS ON PROPERTY OF
MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE INCLUDING
MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI.  PRISCILLA
CASTILLO IS JOINED WITH KATHRYN JEAN YAVENDITTI AKA:KATE,
DONALD HILDRE, STEPHANIE SONTAG AKA: WINEHART IN SUPREME
COURT, LOS ANGELES, CALIFORNIA, CASE # 06-23931.  PRISCILLA
CASTILLO IS DEMANDING MY DAUGHTER PRISCELLA SANDOVAL
SLALI TO DAMAGE MY CLOTHES IN MY CAR AT THE TWENTY FOUR
HOUR FITNESS CLUB, MIRAMAR ROAD, SAN DIEGO, CALIFORNIA.
PRISCILLA CASTILLO SAID TO MY DAUGHTER PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO THAT SHE, PRISCILLLA D. CASTILLO
HAD BEEN CHARGED ONE THOUSAND UNITED STATES DOLLARS FROM
THE DISRICT ATTORNEY FOR STEALING MY, GRACE L. SANDOVAL
AKA: GRACE S. SLALI CLOTHES.  PRISCILLA D. CASTILLO IS A
CRIMINAL THAT HAS DEMANDED TO DESTROY EVERYTHING I, GRACE

PAGE 28

L. SANDOVAL OWN.  PRISCILLA CASTILLO AND MANY OTHER
ILLEGALS FROM MEXICO HAVE DAMAGED EVERYTHING I, GRACE L.
SANDOVAL OWN SINCE I, GRACE L. SANDOVAL MOVED TO SAN
DIEGO,C ALIFORNIA ON JULY 5, 1976 TO ATTEND SAN DIEGO STATE
UNIVERSITY, SAN DIEGO, CALIFORNIA.  PRISCILLA D. CASTILLO IS
JOINED WITH JOE S. REYNA AND HIS RELATIVES THAT LIVE
ILLEGALLY IN SAN DIEGO, CALIFORNIA IN STEALING MONEY, FOOD,
ETC. FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI.  PRISCILLA
D. CASTILLO CLAIMS THAT SHE, PRISCILLA D. CASTILLO HAS ALL THE
MONEY SHE WANTS FROM THE EQUITY ON HER TWO STORY HOUSE IN
SAN DIEGO COUNTY, CALIFORNIA.  PRISCILLA D. CASTILLO ALSO
CLAMIS THAT SHE DEMAND VARIOUS PEOPLE TO WRITE WELFARE
FRAUD FOR HER, PRISCILLA D. CASTILLO TO PAY FOR ALL DAMAGES
SHE, PRISCILLA D. CASTILLO IS CHARGED FOR IN COURTS.  PRISCILLA
D. CASTILLO HAS NEVER BEEN EMPLOYED FULL TIME.  PRISCILLA D.
CASTILLO CLAIMS THAT SHE IN INVOLVED WITH MIKE LEVINE AND
ALL HIS CHILDREN FROM LA MESA PRISON, TIJUANA, MEXICO IN
STEALING MONEY FROM AMERICANS IN CALIFORNIA AND STEALING
MONEY FROM THE GOVERNMENT FROM THE WELFARE DEPARTMENT,
ETC.  PRISCILLA D. CASTILLO HAS MADE A LIVING IN SAN DIEGO
COUNTY, CALIFORNIA FROM STEALING MONEY.  PRISCILLA D.
CASTILLO IS DEMANDED TO VIEW BY CAMERA TWENTY FOUR HOURS
A DAY, SEVEN DAYS A WEEK TO ALL AREAS THAT I, GRACE L.
SANDOVAL AKA; GRACE S. SLALI GO,  TO REPORT ALL CONTACTS
MADE BY ME, GRACE L. SANDOVAL TO THE ORGANIZED CRIMINALS
THAT HAVE ME, GRACE L. SANDOVAL HOSTAGE IN SAN DIEGO,
CALIFORNIA AND ALSO HAVE  MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK,CORIE HOSTAGE.  THE EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO MAKE A LIVING FROM SPYING ON

PAGE 29

AMERICANS ESPECIALLY ALL OF THE STAR, ELVIS PRESLEY
RELATIVES THAT ARE U.S. CITIZENS INCLUDING MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI. I, GRACE L. SANDOVAL DO NOT
AGREE FOR ANYONE TO SPY ON ME, GRACE L. SANDOVAL TWENTY
FOUR HOURS A DAY, SEVEN DAYS A WEEK. I, GRACE L. SANDOVAL DO
NOT AGREE WITH EX PRISONERS, CAROL LEBEAU, MARTY LEVINE,
MICHAEL TUCK THAT ARE EMPLOYED IN THE NEWS IN SAN DIEGO,
CALIFORNIA AND ARE FROM LA MESA PRISON, TIJUANA MEXICO TO
PROVIDE INFORMATION AND SLANDER TO THE PUBLIC ABOUT ME,
GRACE L. SANDOVAL AND MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA; BARNAHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK,CORIE. I, GRACE L. SANDOVAL DO NOT HAVE ANY
CONTRACT WITH ANY EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO. I, GRACE L. SANDOVAL DO NOT HAVE ANY COMMUNICATON
WITH ANY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO. I,
GRACE L. SANDOVAL DO NOT AGREE FOR ALL EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO TO SAY TO MURDER ME, GRACE L.
SANDOVAL AKA;GRACE S. SLALI. I, GRACE L. SANDOVAL DO NOT
AGREE FOR ILLEGALS TO USE MY LEGAL DOCUMENTS AND TO BE
IMPOSTERS OF ME. I, GRACE L. SANDOVAL DO NOT AGREE FOR
ANYONE TO SAY THAT I AM THE PROPHET IN SAN DIEGO, CALIFORNIA.
I, GRACE L. SANDOVAL DO NOT AGREE TO BE RAPED BY HEROIN
ADDICTS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES FOR
THE MASACRE, O.J. SIMPSON AND HIS ORHPAN FRIENDS WITH FALSE
MEDICAL DOCTORS DEGREES, CHARLES YAGODA, PATRICK J. CLARK,
GARY BLAKE. PRISCILLA D. CASTILLO AND I, GRACE L. SANDOVAL
AKA; GRACE S. SLALI HAVE NEVER BEEN FRIENDS. I, GRACE L.
SANDOVAL DO NOT AGREE FOR PRISCILLA D. CASTILLO TO SAY
SLANDER TO MANY HEROIN ADDICTS ABOUT ME, GRACE L. SANDOVAL

**PAGE 30**

AND TO PROVIDE HEROIN ADDICTS WITH KEYS TO MY CAR, HOME,
STORAGE, ETC. TO DEMAND HEROIN ADDICTS TO RAPE ME, GRACE L.
SANDOVAL IN MY PRIVATE HOME, CAR, PLACE OF EMPLOYMENT,
PUBLIC.  PRISCILLA D. CASTILLO PLANNED THE MURDER OF JESSE
DIAZ SLALI ON SEPTEMBER 6, 2007 AT 254 EAST MAIN STREET,
WESTMORLAND, CALIFORNIA BY IRMA MENDIBLES, LUPE CHAVEZ
SWAIN, ROSARIO OTERO, DONNY LAZAROTTO JR., EDWARD ROBLES
AKA: GEORGE SLALI JR., CONNIE DIAZ SLALI CERVANTES STOKELY
AKA: CONI, LINDA DIAZ SLALI, LUPE DIAZ SLALI, SANDRA SALAZAR
MURILLO, MANUEL MURILLO, LINDA YBARRA FIERRO, QUATIQUE
TORRES, CARMEN NUNGARAY, JOSE AKA: BELALA, HECTOR MENDEZ,
REYES QUESADA, CLAUDINA COCOVA ARAUJO AKA: COOKIE, IRMA
RODRIGUEZ CLARK, FATIMA DIAZ SLALI ARREDONDO, LORNA ALKFNE
AKA: ALKSNE, PETER GALLAGHER AKA; GALLA, LAURA J. BIRKMEYER
AKA: KELLY BIRK, STEPHANIE SONTAG AKA: WINEHART, CAROLYN,
KATHRYN JEAN YAVENDITTI AKA; KATE, ANDRES SANDOVAL, ETC.
PRISCILLLA D. CASTILLO IS PLANNING A WAR IN THE UNITED STATES
BY THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT
HAVE FALSE DEGREES AND ARE EMPLOYED IN THE UNITED STATES
AND INVOLVED IN THE TALI BAN WITH THE ORPHANS FROM
FALLUJAH, IRAQ INCLUDING MICHAEL MADANI, RAMIN K. AKA:
JASON, MOUNIR SOLIMAN, LORNA ALKFNE AKA: ALKSNE, ETC.
PRISCILLA D. CASTILLO DEMANDS MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE TO PRETEND THAT THEY HAVE A LOT OF
MALE SEMEN IN THEIR HUMAN MOUTH WHEN THEY ARE HEARD ON
THE AIR IN SAN DIEGO COUNTY, CALIFORNIA.  MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA; PECK,CORIE AND MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI ARE NOT INVOLVED IN

PAGE 31

PROSTITUTION.  PRISCILLA D. CASTILLO IS INVOLVED WITH ALL THE
EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT ARE
NOT ABLE TO REPRODUCE CHILDREN OR DO NOT HAVE A UTERUS OR
TESTES IN PROSTITUTION IN SAN DIEGO COUNTY, CALIFORNIA.
PRISCILLA D. CASTILLO CLAIMS SHE, PRISCILLA D. CASTILLO IS A
LESBIAN.  PRISCILLA D. CASTILLO DEMANDS MALES AND FEMALES TO
FORCE INTO MY PRIVATE HOME TO HAVE ORAL SEX FROM MY HUMAN
BODY WHILE I, GRACE L. SANDOVAL LAY IN BED UNDER SEDATION.
PRISCILLA D. CASTILLO FORCES INTO MY PRIVATE HOME TO HAVE
ORAL SEX FROM MY HUMAN BODY WHILE UNDER SEDATION.
PRISCILLLA D. CASTILLO DEMANDS ALL RAPIST TO HAVE ORAL SEX
FROM MY HUMAN BODY TO DEMAND ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI TO CARRY CHILDREN BORN PREMATURE WITH THE
DRUG PROVERA ILLEGALLY IN THE UNITED STATES OF AMERICA.
PRISCILLA D. CASTILLO IS JOINED WITH A MEDICAL DOCTOR WITH
THE SURNAME CASTILLO THAT WORKS AT PROMISE HOSPITAL,
UNIVERISTY AVENUE, SAN DIEGO, CALIFORNIA IN FALSE MEDICAL
DOCTOR DEGREE AS MANY OTHERS INCLUDING GABRIEL SANCHEZ-
ALDANA, ARTURO VALDERRAMA THAT ARE DEMANDED A
PERCENTAGE OF THEIR SALARY FROM THEIR FALSE MEDICAL
DOCTORS DEGREES.  PRISCILLA D. CASTILLO IS HEARD BY ALL
EMPLOYEES AT ACUTE HOSPITALS, SAN DIEGO,CALIFORNIA THAT SHE
DEMANDS CRIMINALS TO FORCE INTO ACUTE HOSPITALS TO RAPE ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI,  PRISCILLA D. CASTILLO IS
JOINED WITH OTHERS INCLUDING LEONARD FINK THAT DEMANDS
EMPLOYEES AT ACUTE HOSPITALS THAT HAVE FALSE DEGREES TO DO
CRIME INCLUDING TO INJECT LIDOCAINE IN THE HUMAN EYE, TAKE
HUMAN BLOOD ILLEGALLY, TO STRANGLE, TO INJECT HARMFUL
SUBSTANCE, ETC.  EMPLOYEES AT ACUTE HOSPITALS IN SAN DIEGO
COUNTY, CALIFORNIA HAVE REPORTED THE CRIME MANY TIMES AND

PAGE 32

ARE SICK AND TIRED OF THE CRIMINALS THAT HAVE FALSE DEGREES
AND DEMAND CRIME ON THE MEDICAL SURGICAL FLOORS. MANY
PATIENTS AT ACUTE HOSPITALS HAVE REPORTED THE CRIMINALS
THAT DEMAND CRIME IN ACUTE HOSPITALS IN SAN DIEGO COUNTY,
CALIFORNIA. MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO IS SO TIRED OF BEING INVADED TWENTY FOUR
HOURS A DAY, SEVEN DAYS A WEEK BY EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO IN HER PRIVATE HOME, PUBLIC, PLACE OF
EMPLOYMENT, CAR, ETC. MY DAUGHTER CORINA SANDOVAL SLALI
AKA; PECK, CORIE IS SO TIRED OF BEING INVADED TWENTY FOUR
HOURS A DAY, SEVEN DAYS A WEEK BY EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO IN THEIR PRIVATE HOME, PUBLIC, PLACE
OF EMPLOYMENT, CAR, ETC. LUPE CONCHOLA AKA: LEVINE LIVED IN
LA MESA PRISON, TIJUANA MEXICO. LUPE CONCHOLA AKA: LEVINE
LIVES IN ESCONDIDO, CALIFORNIA. LUPE CONCHOLA AKA:LEVINE
HAS A FALSE LAW ENFORCEMENT DEGREE AND IS EMPLOYED AT THE
ESCONDIDO POLICE DEPARTMENT, ESCONDIDO, CALIFORNIA. LUPE
CONCHOLA AKA:LEVINE IS INVOLVED WITH FELIPE PONCE IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES. FELIPE PONCE ALSO LIVED IN
MEXICALI, MEXICO. FELIPE PONCE HAS A FALSE LAW ENFORCEMENT
DEGREE. FELIPE PONCE IS INVOLVED WITH FELIPE COCOVA IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES. FELIPE PONCE IS INVOLVED WITH
ARREDONDO IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL
SUBSTANCES FROM MEXICO TO THE UNITED STATES. ARREDONDO IS
A MALE THAT IS EMPLOYED AT THE SAN MARCOS SHERIFF, SAN
MARCOS, CALIFORNIA. ARREDONDO IS GILBERT ARREDONDO
BROTHER. GILBERT ARREDONDO AND HIS BROTHER ARREDONDO

PAGE 33

LIVED IN LA MESA PRISON, TIJUANA MEXICO. ARREDONDO HAS A
FALSE LAW ENFORCEMENT DEGREE. GILBERT ARREDONDO AND HIS
WIFE FATIMA DIAZ SLALI ARREDONDO LIVE IN COSTA MESA,
CALIFORNIA. GILBERT ARREDONDO IS INVOLVED WITH ALL EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO IN THE RAPE OF
MY TWO DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND
MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI IN SAN DIEGO
COUNTY, CALIFORNIA BY THE RAPIST THAT HAVE BEEN TO PRISON
FOR MANY YEARS AND ARE INVOLVED IN DRUG SMUGGLING ILLEGAL
DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED
STATES. PRISCILLLA D. CASTILLO DEMANDS TO COAT MY FURNITUER,
HUMAN BODY, CAR, CLOTHES, SHOES, ETC. THAT I, GRACE L.
SANDOVAL OWN WITH CIGARETTE LIGHTER FLUID AND TO IGNITE ON
FIRE TO BURN. PRISCILLA D. CASTILLO HAS BEEN EXTREMELY UPSET
SINCE SHE PLANNED THE BANKRUPTCY IN 2004 WHEN I, GRACE L.
SANDOVAL WAS EMPLOYED FOR WESTWAYS STAFFING, MERCURY,
SAN DIEGO, CALIFORINA THAT IS OPERATED BY HAROL STERLING, AN
EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO. I, GRACE L.
SANDOVAL WAS LIVING ON MOUNT ALIFAN, SAN DIEGO, CALIFORNIA
IN A CONDOMINIUM OWNED BY CECILIA AGUILLON. CECILIA
AGUILLON MOTHER WAS EMPLOYED AS A NURSE ASSISTANT WITH
CECILA SALDIVAR MOTHER AND JOSE CALERON MOTHER. CECILIA
AGUILLON HAS A DAUGHTER BORN PREMATURE WITH THE DRUG
PROVERA ILLEGALL FROM MY DAUGHTER CORINA SANDOVAL SLALIA
AKA: PECK,CORIE AND ROGELIO PINA AKA: ROY RELATIVE, JOEL DOE
THAT LIVES IN PACIFIC BEACH AREA, SAN DIEGO, CALIFORNIA. JOEL
DOE IS INVADED BY THE MASACRE, LEONARD FINK IN HIS HOME IN
PACIFIC BEACH AREA, SAN DIEGO, CALIFORNIA. LEONARD FINK HAS A

PAGE 34

DAUGHER BORN PREMATURE FROM AN INDIAN THAT HAS MULTIPLES
DISEASES ICLUDING AIDS, CANCER, ETC.  LEONARD FINK FORCED INTO
MY RELATIVE HOME ON MARK, SANTA ANA, CALIFORNIA TO HAVE
SEX WITH THE INDIAN LISA SPENCER.  LISA SPENCER REPORTED THE
RAPE BY LEONARD FINK AND FILED A CASE IN COURT.  LISA SPENCER
WAS FOLLOWED BY THE OBSESSED MASACRE IN VARIOUS COUNTIES
IN CALIFORNIA.  LEONARD FINK WAS VERY VIOLENT AND DEMANDED
MONEY, FOOD,ETC. FROM LISA SPENCER AND HER MOTHER,
PRISCILLA SPENCER.  LEONARD FINK INVADED ALL MEN THAT LISA
SPENCER HAD COMMUNICATION WITH AND DEMANDED MONEY FROM
EACH.  LEONARD FINK TOOK HUMAN BLOOD FROM LISA SPENCER AND
HER MOTHER PRISCILLA SPENCER ILLEGALLY.  LEONRAD FINK
INVADED ALL OF MY RELATIVES IN ORANGE COUNTY, CALIFORNIA,
LOS ANGELES COUNTY, CALIFORNIA, IMPERIAL COUNTY, CALIFORNIA,
ETC. TO TAKE HUMAN BLOOD FROM ALL ILLEGALLY.  PRISCILLA
CASTILLO AND OTHERS FROM LA MESA PRISON, TIJUANA, MEXICO
WOULD LIVE NEAR THE ALL AMERICAN CANAL, MEXICALI, MEXICO.
PRISCILLA CASTILLO WOULD DANCE NUDE IN LOCAL BARS IN
MEXICALI, MEXICO.  PRISCILLA CASTILLO INVADED LINDA YBARRA
FIERRO IN BRAWLEY, CALIFORNIA AND DEMANDED HER, LINDA
YBARRA FIERRO TO HAVE SEX WITH VARIOUS MALES THAT ARE
ADDICTED TO HEROIN AND WOULD PROVIDE ECSTASSY TO ALL
HEROIN ADDICTS.  LINDA YBARRA FIERRO HAS CARRIED MANY
CHILDREN BORN OUT OF WEDLOCK IN THE UNITED STATES.  LINDA
YBARRA FIERRO IS A PROSTITUTE.  LINDA YBARRA FIERRO IS JOINED
WITH PRISCILLA CASTILLO, SUSAN GOLDING, TERESA KINNY AKA:
LEVINE, MIKE AGUIRRE AKA: LEVINE, MARTY LEVINE, MICHAEL
TUCK, LUIS CONCHOLLA, LUPE CONCHOLA AKA: LEVINE AND MANY
OTHERS FROM LA MESA PRISON, TIJUANA MEXICO IN SELLING
ILLEGAL DRUGS TO THE PUBLIC IN SAN DIEGO COUNTY, CALIFORNIA.

PAGE 35

THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE
ALSO JOINED WITH MARTHA NUNGARAY AND HER SIBLINGS THAT ALL
LIVE IN MEXICALI, MEXICO IN DRUG SMUGGLING ILLEGAL DRUGS
FROM MEXICO TO THE UNITED STATES. THE EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO HAVE INVADED SAN DIEGO,
CALIFORNIA WITH FALSE DEGREES. THE EX PRISONERS EMPLOYED
FOR THE NEW MEDIA IN SAN DIEGO, CALIFORNIA ARE JOINED WITH
MANY OTHER EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO THAT ARE ALSO EMPLOYED IN THE NEWS MEDIA IN LOS
ANGELES COUNTY, NEW YORK, ARIZONA, TEXAS, NEW JERSEY, ETC.
THE NEWS MEDIA IS THE UNITED STATES IS INVADED BY MANY
ILLEGALS FROM MEXICO THAT ARE DEMANDED TO BE SPIES FOR THE
GOVERNMENT IN MEXICO INCLUDING THE POLITICAL PARTY THE
"PAN". THE UNITED STATES IS INVADED BY MANY PEOPLE FROM THE
PHILIPPINES THAT ARE JOINED WITH THE ORIENT IN INVADING
MEXICO WITH HEROIN, COCAINE, HARMFUL SUBSTANCES, ETC. TO
INVADED THE UNITED STATES OF AMERICA. THE MEDICAL DOCTORS
BEHIND THE ILLEGALS IN THE UNITED STATES WITH FALSE DEGREES
ARE: PHILIP RAND, DALE FARABEE THAT ARE ELDERLY AND LIVE IN
THE SAN DIEGO, CALIFORNIA. THE TWO DOCTORS, PHILIP RAND AND
DALE FARABEE HAVE OFFRED ME, GRACE L. SANDOVAL FALSE
DEGREES. I, GRACE L. SANDOVAL HAVE REFUSED EVERY TIME TO JOIN
ORGANIZED CRIME. I, GRACE L. SANDOVAL AM AN AMERICAN. I,
GRACE L. SANDOVAL AM FREE FROM DISEASE. I, GRACE L. SANDOVAL
HAVE AN EDUCATION IN THE UNITED STATES. I, GRACE L. SANDOVAL
HAVE TWO DAUGHTERS, PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE
THAT WERE BORN IN THE UNITED STATES AND ARE EDUCATED. MY
TWO DAUGHGTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE ARE

PAGE 36

INVADED BY MANY ILLEGALS FROM MEXICALI, MEXICO THAT
DEMAND EVERYTHING THEY OWN INCLUDING ALL OF THEIR LEGAL
DOCUMENTS, GOLD, CLOTHES, SHOES, CARS, BIRHT CERTIFICATES,
DIPLOMAS, ETC. AS DONE TO ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI, MY FAMILY AND I HAVE HAD PROFESSIONAL COUNSELING ON
OUR PROBLEM WITH ILLEGALS IN SAN DIEGO, CALIFORNIA. MY
SITUATION IN IMPERIAL COUNTY, CALIFORNIA WAS WORST. MY
FAMILY AND I WERE INVADED BY MANY ILLEGALS FROM MEXICALI,
MEXICO THAT WERE EMPLOYED IN FARM LABOR. MY FAMILY AND I
WERE ALSO INVADED BY MANY EX PRISONERS FROM LA MESA PRISON,
TIJUANA MEXICO IN WESTMORLAND, CALIFORNIA AND BRAWLEY,
CALIFORNIA WHERE WE ATTENDED SCHOOL. EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO WERE INVADED IN THE UNITED
STATES BY ROBERTO NUNGARAY JR. AND HIS SIBLINGS INCLUDING
ERNESTO NUNGARAY TO DEMAND MONEY FROM THE FAMILIES THAT
HAD LIVED FOR MANY YEARS IN LA MESA PRISON, TIJUANA MEXICO.
THE GOVERNMENT IN MEXICO DEMANDS ALL RELATIVES FROM
CHILDREN BORN PREMATURE AND ABANDONED THAT LIVED IN LA
MESA PRISON, TIJUANA MEXICO TO PAY MONEY, FOOD, CLOTHES FOR
CHLIDREN THEY KNOW WERE BORN FROM THE VICTIMS OF RAPE.
THE GOVERNMENT IN MEXICO IS NOT ABLE TO PROVE WHO
CHILDREN WERE THAT WERE FOUND ABANDONED IN MEXICO. THE
GOVERNMENT IN MEXICO HAS TO PAY FOR THE ABANDONED
CHILDREN HEALTH INCLUDING MEDICATION, VACCINATIONS,
CLOTHES, SHOES, ETC. WHILE IN PRISON, LA MESA PRISON, TIJUANA
MEXICO WHERE OTHERS IN PRISON CARE FOR THE CHILDREN BORN
PREMATURE AND ABANDONED IN MEXICO. MY MOTHER FELOMENA
NUNGARAY DUTRA AKA: SANDOVAL IS A VICTIM OF RAPE SINCE SHE
WAS ELEVEN YEARS OLD. MY MOTHER FELOMENA NUNGARAY DUTRA
AKA: SANDOVAL WAS BORN IN TEHACHAPI, CALIFORNIA. MANY OF

PAGE 37

MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL BROTHER
FRIENDS WERE ALSO ORPHANS THAT WOULD RAPE MY MOTHER
FELOMENA N. DUTRA AKA: SANDOVAL. EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO WOULD ALSO RAPE MY MOTHER
FELOMENA N. DUTRA AKA: SANDOVAL IN MEXICALI, MEXICO.
FELOMENA N. DUTRA AKA: SANDOVAL WAS RAPED IN WESTMORLAND,
CALIFORNIA WHERE SHE HAS LIVED SINCE 1963 UNTIL PRESENT.
FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN
LIVED IN WESTMORLAND, CALIFORNIA WHERE THEY WERE ALL
INVADED BY MANY ILLEGALS FROM MEXICO THAT WOULD STEAL
EVERYTHING THEY OWNED IN THEIR HOME INCLUDING THEIR CARS,
CLOTHES, GOLD, SHOES, FURNITURE, ETC. I, GRACE L. SANDOVAL DID
NOT PLAN TO LIVE IN WESTMORLAND, CALIFORNIA WITH MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHARNT, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE FOR BEING INVADED
BY MANY ILLEGALS FROM MEXICALI, MEXICO THAT ARE
ALCOHOLICS AND ADDICTED TO HEROIN, COCAINE, ETC. THAT ARE
NOT EMPLOYED. I, GRACE L. SANDOVAL REPORTED THE CRIMINALS
TO LAW ENFORCEMENT IMMEDIATELY AFTER STEALING MONEY,
FOOD, CLOTHES, SHOES, GOLD, ETC. FROM ME, GRACE L. SANDOVAL IN
WESTMORLAND, CALIFORNIA. JESSE DIAZ SLALI AND I, GRACE L.
SANDOVAL AKA: GRACE S. SLALI LIVED IN WESTMORLAND,
CALIFORNIA WITH OUR DAUGHTER PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO FROM NOVEMBER 1978 TO MAY 1982. I, GRACE L.
SANDOVAL HAD A SERIOUS PROBLEM WITH ALL OF MY RELATIVES
INCLUDING JESSE DIAZ SLALI RELATIVES THAT STOLD MONEY, FOOD,
CARS, CLOTHES, SHOES, GOLD, TOYS, CHILDREN CLOTHES, CHILDREN
SHOES, ETC. FROM ME AND MY FAMILY. I, GRACE L. SANDOVAL
DECIDED TO MOVE BACK TO SAN DIEGO, CALIFORNIA WHERE I,
GRACE L. SANDOVAL AKA: GRACE S. SLALI HAD LIVED FROM JULY 1976

TO NOVEMBER 1978. I, GRACE L. SANDOVAL DECIDED TO MOVE NEAR
TO HILLCREST WHERE JESSE DIAZ SLALI FAMILY HAD LIVED BEFORE.
JESSE DIAZ SLALI AND I, GRACE L. SANDOVAL AKA: GRACE S. SLALI
MOVED ALL OF OUR FURNITURE IN A U-HAUL TO JESSE DIAZ SLALI
HOME ON CLEVELAND AVENUE, SAN DIEGO, CALIFORNIA WHERE HE,
ALI DIAZ SLALI HAD A GARAGE FOR RENT ON THE PROPERTY. I,
GRACE L. SANDOVAL PAID TO RENT THE GARAGE TO STORE ALL OF
OUR FURNITURE UNTIL WE WOULD FIND A HOUSE FOR RENT. I, GRACE
L. SANDOVAL WAS INVADED BY THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO AT ALI DIAZ SLALI HOME ON CLEVELAND
AVENUE, SAN DIEGO, CALIFORNIA. PRISCILLA CASTILLO, SUSAN
GOLDING, CINDY HEART AND OTHERS FORCED INTO ALI DIAZ SLALI
HOME ON CLEVELAND AVENUE, SAN DIEGO, CALIFORNIA TO STEAL
THE KEY TO THE GARAGE THAT I, GRACE L. SANDOVAL HAD RENTED
ON THE PROPERTY. THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA MEXICO FORCED INTO THE GARAGE THAT I HAD RENTED TO
STORE ALL OF MY FURNITURE, APPLIANCES, CLOTHES, SHOES, GOLD,
ETC., TO STEAL FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI.
I, GRACE L. SANDOVAL AKA: GRACE S. SLALI REPORTED THE EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO TO THE SAN
DIEGO POLICE, SAN DIEGO, CALIFORNIA. THE EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO, PRISCILLA CASTILLO, SUSAN
GOLDING, CINDY HEART, MARIA ESPINOZA, ETC. ARE ENEMIES OF MY
MOTHER FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE
CHILDREN INCLUDING MYSELF, GRACE L. SANDOVAL AKA: GRACE S.
SLALI. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO
ARE JOINED WITH ROGELIO PINA AKA: ROY AND HIS FAMILY THAT
HAVE STOLEN MONEY, FOOD, CLOTHES, CARS, SHOES, GOLD, LEGAL
DOCUMENTS, ETC. FROM FELOMENA N. DUTRA AKA: SANDOVAL AND
HER FIVE CHILDREN INCLUDING MYSELF, GRACE L. SANDOVAL AKA:
GRACE S. SLALI. JOE S. REYNA IS ALSO INVOLVED WITH ALL OF THE

PAGE 39

EXPRISONERS FROM LA MESA PRISON, TIJUANA MEXICO IN CRIME INCLUDING SELLING HEROIN, COCAINE, ETC. TO THE PUBLIC ILLEGALLY IN THE UNITED STATES WITH THE MARTHA FIERRO AND HER FAMILY THAT LIVE IN EL CAJON, CALIFORNIA AND ALL OF THE FIERRO FAMILIES THAT LIVE IN EL CAJON, CALIFORNIA AND NEARBY AREAS IN SAN DIEGO COUNTY, CALIFORNIA. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ALWAYS TAKE THE FLUID FROM THE HUMAN BRAIN TO STEAL MONEY, FOOD, ETC. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO STEAL ALL OUR CASH MONEY FROM OUR PURSE, CLOTHES, ETC. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO STEAL OUR FOOD IN OUR REFRIGERATOR. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE ALCOHOLIC'S, HEROIN ADDICTS, ETC. JOE S. REYNA IS A ALCOHOLIC, HEROIN ADDICT, ETC. JOE S. REYNA IS NOT EDUCATED. JOE S. REYNA IS INVOLVED IN STEALING MONEY, FOOD, CLOTHES, FURNITURE, APPLIANCES, SHOES, GOLD, LEGAL DOCUMENTS, ETC. FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND THEIR FATHER JESSE DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007. JOE S. REYNA HAS LIVED UNEMPLOYED MOST OF HIS ADULT LIFE IN THE UNITED STATES. JOE S. REYNA STOLD MONEY, FOOD, FURNITURE, APPLIANCES, GOLD, CLOTHES, SHOES, TOYS, ETC. FROM MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN INCLUDING MYSELF, GRACE L. SANDOVAL. LINDA YBARRA FIERRO AND HER HUSBAND ALONZO FIERRO TOLD ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI THAT JOE S. REYNA DEMANDED ALL HEROIN ADDICTS TO STEAL FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI. I, GRACE L. SANDOVAL DO NOT HAVE ANY CONTRACT WITH JOE S. REYNA. I, GRACE L. SANDOVAL DO NOT HAVE ANY

PAGE 40

COMMUNICATION WITH JOE S. REYNA. I, GRACE L. SANDOVAL DO NOT
AGREE FOR JOE S. REYNA AND HIS BROTHER JAVIER S. REYNA TO
FOLLOW ME, GRACE L. SANDOVAL AND MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE. JOE S. REYNA AND HIS BROTHER
JAIVER S. REYNA ARE CRIMINALS AND INVOLVED IN MURDER WITH
THE MIRAMONTES FAMILY INCLUDING POLIMINO MIRAMONTES AKA:
POLI THAT LIVES IN CHULA VISTA, CALIFORNIA. JOE S. REYNA HAS IS
JOINED WITH MANY MASACRES FROM THE LA MESA PRISON, TIJUANA
MEXICO THAT ARE ADDICTED TO HEROIN, COCAINE, ETC. JOE S.
REYNA CLAIMS TO BE RELATED TO ADELINA, EVIE, ETC. THAT LIVE IN
LOGAN HIEGHTS AREA IN SAN DIEGO, CALIFORNIA. JOE S. REYNA WAS
REPORTED FOR STEALING FROM MY MOTHER AND HER FIVE
CHILDREN THAT LIVED IN WESTMORLAND, CALIFORNIA TO THE
LOCAL POLICE DEPARTMENT INCLUDING TO COURT. JOE S. REYNA
AND HIS PARTENTS, JOSE REYNA AKA: SANCHEZ AND HIS WIFE
CARLOTA S. REYNA ALSO STOLD MONEY,FOOD, FURNITURE, CLOTHES,
SHOES, TOYS, GOLD, ETC. FROM MY MOTHER FELOMENA N. DUTRA
AKA: SANDOVAL AND HER FIVE CHILDREN INCUDING MYSELF, GRACE
L. SANDOVAL AKA: GRACE S. SLALI. JOE S. REYNA IS NEVER INVITED
IN MY HOME. JOE S. REYNA IS NEVER INVITED TO MY PLACE OF
EMPLOYMENT. JAVIER S. REYNA IS NEVER INVITED TO MY HOME.
JAVIER S. REYNA IS NEVER INVITED TO MY PLACE OF EMPLOYMENT.
JOE S. REYNA AND JAVIER S. REYNA ARE ENEMIES OF ALL OF MY
MOTHER FELOMENA N. DUTRA AKA: SANDOVAL RELATIVES THAT
LIVE IN VARIOUS COUNTIES IN CALIFORNIA. JOE S. REYNA DEMANDS
MANY HEROIN ADDICTS TO RAPE ME, GRACE L. SANDOVAL. JOE S.
REYNA DEMANDS THE INDIAN KATHRYN JEAN YAVENDITTI AKA: KATE
TO KIDNAP, RAPE, BURN, TAKE BLOOD, TO DRILL MY HUMAN HEART,
TO ASSAULT, TO SHOOT, TO RUN OVER MY HUMAN BODY, ETC. JOE S.

PAGE 41

REYNA IS FRIENDS WITH ALL THE PEOPLE THAT ARE MANSALUGHTER
TO ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND THEIR FATHER
JESSE DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007. JOE S.
REYNA IS INVOLVED IN STEALING EVERY ONE OF MY PURCHASED AND
PAID CARS WITH HIS FRIENDS INVOLVED IN USING HEROIN, COCAINE,
ETC. INCLUDING THE FIERRO FAMILIES THAT LIVE IN EL CAJON,
CALIFORNIA AND THE GERMAN FAMILIES THAT HAVE STOLEN MANY
CARS FROM ME AND MY FAMILY SINCE I STARTED PURCHASING CARS
IN MY TEEN YEARS. PRISCILLA D. CASTILLO IS JOINED WITH JOE S.
REYNA AND HIS BROTHER JAVIER S. REYNA AND PART SISTER, LUPE
CHAVEZ SWAIN IN INVADING MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK,CORIE AND MYSELF, GRACE L. SANDOVAL AKA:
GRACE S. SLALI IN STEALING EVERYTHING WE OWN BY CAUSING
MANY INJURIES TO OUR HUMAN BRAIN, FACE, BODY INCLUDING SEX
ORGAN BY HEROIN ADDICTS INCLUDING MANY ORPHANS FROM SANTA
ANA, CALIFORNIA THAT HAVE FALSE DEGREE AND ARE EMPLOYED IN
SAN DIEGO, CALIFORINA AND JOINED WITH THE MASACRE, O.J.
SIMPSON AND HIS GAY MATE, PATRICK J. CLARK AND OTHERS THAT
ALSO HAVE FALE MEDICAL DOCTORS IN GYNECOLOGY INCLUDING
CHARLES YAGODA, GARY BLAKE. O.J. SIMPSON DEMANDS GARY
DANKO TO BEAT MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO HUMAN HEAD TO CAUSE HER, PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN BRAIN TO SINK IN.
GARY DANKO IS DEMANED TO TAKE FLUID FROM MY DAUGHTER
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN BRAIN
AND BODY FREQUENTLY TO CAUSE FLUID LOSS IN HER, PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO HUMAN BRAIN AND BODY

PAGE 42

AND LACK OF ENERGY OR BALANCE IN HER HUMAN BRAIN AND BODY
TO FUNCTION NORMAL. GARY DANKO IS DEMANDED BY HIS FATHER
TO ATTACK MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO IN HER HOME AT 825 VIA RANCHO PARKWAY,
ESCONDIDO, CALIFORNIA.  MY DAUGHTER PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO HAS BEEN ATTACKED AND ABUSED BY
HER PREVIOUS HUSBAND BENJAMIN BARNHART.  BENJAMIN
BARNHART IS RELATED TO THE GERMAN FAMILIES INCLUDING
ROBERT GOODMAN SR. THAT CAUSED MY INJURY TO MY RIGH LUNG
ON AUGUST 18, 1982.  PRISCELLA SANDOVAL SLALI AKA; BARNHART,
DANKO IS INVADED BY MANY ILLEGALS FROM MEXICO THAT ARE
JOINED WITH IRMA RODRIGUEZ CLARK IN THE RAPE OF AMERICANS
FOR WELFARE FRAUD INCLUDING FELOMENA NUNGARAY DUTRA AKA:
SANDOVAL AND HER FIVECHILDREN INCLUDING MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI AND FELOMENA'S N. DUTRA AKA:
SANDOVAL GRANDCHILDREN INCLUDING MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK,CORIE AND THEIR FATHER JESSE DIAZ
SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007.  THE ORPHANS FROM
SANTA ANA, CALIFORNIA ARE DRILLING THE HUMAN BONES IN THE
HUMAN BODY INCLUDING THE HUMAN HEART, THE HUMAN STERNUM
BONE, THE HUMAN FOREHEAD, THE HUMAN SPINE VERTEBRAE, THE
HUMAN MOUTH ON THE TOP (PALETE), ETC. TO DEMAND MONEY,
FOOD, ETC. FOR O.J. SIMPSON AND HIS GAY MATE, PATRICK J. CLARK,
KATHRYN JEAN YAVENDITTI AKA: KATE, LORNA ALKFNE AKA:
ALKSNE, BAP RUSSO AKA: BAPSI SLALI, AMADO NUNGARAY AND HIS
WIFE THAT LIVE ON MARK, SANTA ANA, CALIFORNIA, PRISCILLA D.
CASTILLO, SUSAN GOLDING, MARIA ESPINOZA, JOE S. REYNA, JAVIER S.
REYNA, LUPE CHAVEZ SWAIN, ERIC WARREN AKA: DARIN, JOSE REYES,

PAGE 43

TERESA KINNY AKA: LEVINE, BONNIE DUMANNIS, JENNIFER DEBLASE
HILL, IRMA RODRIGUEZ CLARK, BENJAMIN BARNHART, SARA
BARNHART, STEVE BARNHART, KATHY MEALER, JEFFREY FROM
LEUCADIA, CALIFORNIA, ETC. THAT ARE ALL ADDICTED TO HEROIN,
COCAINE, ETC. THE HEROIN ADDICTS DO NOT STOP FORCING INTO
PRIVATE HOMES TO INJECT HARMFUL SUBSTANCE AND TO DRILL THE
HUMAN HEART TO REQUIRE A PACE MAKER AND HEART FAILURE,
DEATH, ETC. THE HEROIN ADDICTS ARE REPORTED TO LAW
ENFORCEMENT IMMEDIATELY. THE HEROIN ADDICTS HAVE MANY
CASES FILED IN SUPERIOR COURT, 330 WEST BROADWAY, SAN DIEGO,
CALIFORNIA. THE HEROIN ADDICTS HAVE BEEN TO PRISON FOR MANY
YEARS FOR THEIR CRIME. THE HEROIN ADDICTS HAVE NOT BE
EXECUTED FOR MURDER. THE HEROIN ADDICTS CONTINUE TO PLAN
THE MURDER OF MANY AMERICANS BY THE MASACRE O.J. SIMPSON
AND MANY OTHER ORPHANS THAT ARE JOINED IN THE "TALI BAN" IN
SAN DIEGO, CALIFORNIA. I, GRACE L. SANDOVAL DO NOT AGREE FOR
O.J. SIMPSON AND HIS GAY MATE TO FOLLOW ME, GRACE L.
SANDOVAL AND TO ATTACK ME BRUTALLY TO CAUSE INJURY AS DONE
BEFORE WHEN I LIVED AT 3736 RAY STREET, SAN DIEGO,CALIFORNIA.
O.J. SIMPSON IS A DANGEROUS MAN. O.J. SIMPSON IS NEVERY INVITED
NEAR ME OR MY FAMILY. O.J. SIMPSON AND HIS BLACK ORPHANS
FROM SANTA ANA, CALIFORNIA ARE NEVER INVITED TO OUR HOME,
PLACE OF EMPLOYMENT, PUBLIC, ETC. O.J. SIMPSON IS AN ENEMY OF
OUR ENTIRE FAMILY AND IS JOINED WITH MANY OTHERS INVOLVED
IN MURDER INCLUDING LEONARD FINK, THAT LIVES IN LA JOLLA,
CALIFORNIA,KATHRYN JEAN YAVENDITTI AKA: KATE THAT LIVES IN
RINCON INDIAN RESERVATION, SAN DIEGO COUNTY, CALIFORNIA,
PATRICK J. CLARK THAT LIVES IN KENSINGTON AREA, SAN DIEGO,
CALIFORNIA, DAN GREEN AKA; HAMMOND THAT IS EMPLOYED WITH A

PAGE44

FALSE LAW ENFORCEMENT DEGREE IN THE RANCHO PENASQUITOS
AREA IN SAN DIEGO, CALIFORNIA. I, GRACE L. SANDOVAL WANT O.J.
SIMPSON, PATRICK J. CLARK, PRISCILLA CASTILLO, SUSAN GOLDING,
CINDY HEART, LEONARD FINK, KATHRYN JEAN YAVENDITTI AKA:
KATE, ROBERT GOODMAN SR. , IRMA RODRIGUEZ CLARK, LUPE
NUNGARAY PINA, DOREEN LEVINE NUNGARAY, LINDA YBARR FIERRO,
JOEL DOE, JORGE DOE, FERMIN DOE, ROGELIO PINA AKA: ROY, MIKE
BUTLER, LISA SPENCER, PRISCILLA SPENCER, DONNY OSMOND,
MANUEL GARCIA, LUPE CHAVEZ SWAIN, IRMA MENDIBLES, IRENE
ARAUJO SALCEDA, CLAUDINA COCOVA ARAUJO AKA: COOKIE,
SEGURA, CARMEN GAXIOLA, ERNESTO NUNGARAY, ROBERTO
NUNGARAY JR., RICHARDO NUNGARAY, ELEANOR CONTRERAS
SANCHEZ, POLIMINO MIRAMONTES AKA: POLI, JOSE REYES, TERESA
KINNY AKA: LEVINE, LUPE CONCHOLA AKA: LEVINE, MIKE AGUIRRE
AKA: LEVINE, MAJED SAIFY, AYAD KHALID, HECTOR MENDEZ, REYES
QUESADA, EFRAIN QUESADA, SANDRA SALAZAR MURILLO, MANUEL
MURILLO, PETER GALLAGHER AKA; GALLA, LAURA J. BIRKMEYER
AKA: KELLY BIRK, STEPHANIE SONTAG AKA: WINEHART, JOHN
MILLER, JON BOYES, ARTHUR ALLEN, ROBERT ALLEN AKA: BOBBIE,
CHIRS BEAUEGARD, JEFFREY FROM LEUCADIA, CALIFORNIA, ROBERT
GOODMAN JR., EDGAR AKA: MAC, ELSIE LEVINE NUNGARAY ESPARZA,
SANDRA LEVINE NUNGARAY CANO, SONIA LEVINE NUNGARAY, MARIA
LEVINE NUNGARAY, ESTHER NUNGARAY ESPINOZA, IRMA NUNGARAY
ESPINOZA, ARTHUR MARQUEZ, JUAN CESENA, TANIA MILLER ETC.
EXECUTED FOR THEIR ATTEMPTS TO CAUSE MURDER BY MANY TIMES
TO ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND DEMANDING
HEROIN ADDICTS TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI FOR MANY YEARS. THE HEROIN ADDICTS THAT HAVE LIENS ON
THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI ARE DEMANDED TO MURDER ME, GRACE L. SANDOVAL BY JOE S.

PAGE 45

REYNA AND HIS HEROIN ADDICT FRIENDS THAT HAVE FALSE DEGREES
AND ARE EMPLOYED IN VARIOUS COUNTIES IN CALIFORNIA
INCLUDING IN SAN DIEGO, CALIFORNIA. I, GRACE L. SANDOVAL AND
MY TWO DAUGHTERS  PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE ARE
INVADED EVERYWHERE WE LIVE AND EVERYWHERE WE ARE
EMPLOYED AND EVERY PLACE WHERE WE DO BUSINESS IN THE
UNITED STATES BY THE HEROIN ADDICTS THAT HAVE BEEN
REPORTED FOR THEIR CRIME OF STEALING MONEY, FOOD, ETC. FROM
ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY FAMILY. I,
GRACE L. SANDOVAL DO NOT AGREE FOR ANY HEROIN ADDICT,
COCAINE ADDICT, ETC. TO FOLLOW ME WHILE ON VACATION.
ROBERT GOODMAN SR. DEMANDS HEROIN ADDICTS TO FOLLOW ME,
GRACE L .SANDOVAL ON EVERY VACATION TO STEAL MY MONEY, ETC.
MARTHA G. ROBLES FOLLLOWED ME, GRACE L. SANDOVAL ON MY
VACATION TO THE ISLAND OF OAHU AKA: HONULULU, HAWAII IN JUNE
1986. MARTHA G. ROBLES HAD A FICTITOUS IDENTIFICATION FROM
THE DEPARTMENT OF MOTOR VEHICLES WITH MY LEGAL
INFORMATION AND HER PHOTO ON IT. MARTHA G. ROBLES WAS
JOINED WITH OTHER HEROIN ADDICTS IN HONOLULU, HAWAII.
MARTHA G. ROBLES PROVIDES INFORMATION ON ALL OF MY LEGAL
INFORMATION TO MANY HEROIN ADDICTS. MARTHA G. ROBLES IS
PROVIDED WITH LEGAL INFORMATION FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI BY MY OLDEST SISTER NANCY
SANDOVAL ROBLES. NANCY SANDOVAL ROBLES IS MARRIED TO
HENRY G. ROBLES. HENRY G. ROBLES AND HIS FAMILY LIVED IN LA
MESA PRISON, TIJUANA MEXICO. HENRY G. ROBLES IS JOINED WITH
ALL OF THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO
IN INVADING AMERICANS TO STEAL MONEY, FOOD, CLOTHES, SHOES,
GOLD, CARS, ETC. HENRY G. ROBLES IS JOINED WITH LUPE NUNGARAY

PAGE 46

PINA AKA: ROY AND ROGELIO PINA AKA; ROY RELATIVES IN
OBTAINING FALSE IDENTIFICATIONS FROM THE DEPARTMENT OF
MOTOR VEHICLES TO MANY ILLEGAL FROM MEXICO INCLUDING
INFORMATION ON STEALING MONEY FROM BANK ACCOUNT,
WELFARE FRAUD, STEALING CARS, STEALING GOLD, ETC.  NANCY S.
ROBLES IS INVOLVED IN PROVIDING INFORMATION TO ALL EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO.  NANCY S.
ROBLES IS DEMANDED BY HER MOTHER, FELOMENA N. DUTRA AKA:
SANDOVAL TO PROVIDE ALL INFORMATION FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI TO ILLEGALS, EX CONVICTED, SPIES,
MASACRES, ETC. FELOMENA N. DUTRA AKA: SANDOVAL IS INVADED BY
MANUEL GARCIA, LUPE CHAVEZ SWAIN, ROSARIO OTERO, JOSE REYES
MOTHER, MAIRA GAXIOLA, ROBERTO NUNGARAY JR. LUPE NUNGARAY
PINA, ESTHER NUNGARAY ESPINOZA, CHRISTINA NUNGARAY
RODRIGEUZ, IRMA RODRIGUEZ CLARK, LAURIE HARRISON HILL, JOE
CRUZ. JENNIFER DEBLASE HILL, MAGGIE CASTANO, CARMEN
NUNGARAY, JOSE AKA: BELALA, JOE MARTINEZ, JOE DAVILA,
ERNESTO ESPITIA, ARTHUR GRIJALVA, RUDY CHAVARRIA, FRED
BELTRAN, SYLVIA RODRIGUEZ, ANGEL SANDOVAL PERAZA, IRMA
MENDIBLES, IRENE ARAUJO SALCEDA, ANDRES SANDOVAL, DOMINGO
SANDOVAL, CHRISTINA REYNA ENRIQUEZ, JESSE REYNA ENRIQUEZ,
EDWARD ROBLES AKA: GEORGE SLALI JR., CONNIE DIAZ SLALI
CERVANTES STOKELY AKA: CONI, FATIMA DIAZ SLALI ARREDONDO,
BRIAN STOKELY, STELLA CERVANTES SANDOVAL, RUBEN CERVANTES,
BENJAMIN CERVANTES, CLAUDINA COCOVA ARAUJO AKA: COOKIE,
SEGURA, FELIPE COCOVA, ANGIE COCOVA REDONDO, MARYANN
BOBIT, LISA BENEDICT REESE, ETC. THAT ARE INVOLVED IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM
MEXICO TO THE UNITED STATES.  JOE S. REYNA HAS PLANNED WITH
MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO TO

PAGE 47

MURDER MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL
AND HER HUSBAND FRANK DUTRA THAT LIVE AT 296 WEST FIRST
STREET, WESTMORLAND, CALIFORNIA FOR THE MONEY COLLECTED
IN THE COURTS IN CALIFORNIA THAT WAS STOLEN. JOE S. REYNA AND
HIS FAMILY THAT LIVE IN WESTMORLAND, CALIFORNIA ARE
ILLEGALS FROM MEXICALI, MEXICO.  CARLOTA S. REYNA IS AN
ILLEGAL FROM MEXICALI, MEXICO.  CARLOTA S. REYNA SIBLINGS
ARE ALL ILLEGALS FROM MEXICALI, MEXICO.  CARLOTA S. REYNA
SIBLINGS ARE ALL INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS
AND HARMFUL SUSBTANCES FROM MEXICO TO THE UNITED STATES
WITH THE GERMAN, ROBERT GOODMAN SR. THAT LIVES IN
OCEANSIDE, CALIFORNIA.  JOE S. REYNA , JAVIER S. REYNA AND THEIR
SISTER CHRISTINA S. REYNA ENRIQUEZ  ARE INVOLVED IN MURDER
WITH LUPE CHAVEZ SWAIN,  MANUEL GARCIA, ROSARIO OTERO,
ANDRES SANDOVAL, STELLA CERVANTES SANDOVAL, CONNIE DIAZ
SLALI CERVANTES STOKELY AKA: CONI, REYES QUESADA, JESSE
REYNA ENRIQUEZ, EDWARD ROBLES AKA: GEORGE SLALI JR. ,ERNEST
ESPITIA, MARIO MORENO, ETC.  JOE S. REYNA IS A MASACRE.  JOE S.
REYNA IS INVOLVED WITH THE ALLEN FAMILIES, THE FIERRO
FAMILIES, THE ORPHANS FROM FALLUJAH, IRAQ, MARIO COTA,
ROBERT GARCIA, ETC. IN MURDER IN EL CAJON, CALIFORNIA AND
NEARBY AREAS.  JOE S. REYNA HAS CAUSED THE MURDER OF MANY
PEOPLE IN VARIOUS COUNTIES IN CALIFORNIA FOR THE MASACRE O.J.
SIMPSON, LUPE NUNGARAY PINA, ESTHER NUNGARAY ESPIOZA, MIKE
AGUIRRE AKA: LEVINE, MIKE LEVINE SR., OSCAR LEVINE, MARIA
LEVINE NUNGARAY, AMADO NUNGARAY, CARMEN NUNGARAY, ELSIE
LEVINE NUNGARAY ESPARZA, DOREEN LEVINE NUNGARAY, SANDRA
LEVINE NUNGARAY, SONIA NUNGARAY, LIDIA PINA JAIMES, RAUL
DIAZ, DIVID DIAZ. MANUEL DIAZ SLALI, BLAINE BURNETTE, SARA DIAZ

PAGE 48

SLALI BURNETTE, LIZZY DIAZ SLALI RUIZ, GLORIA GAXIOLA, CARMEN GAXIOLA, DAVID GARCIA, ETC. O.J. SIMPSON INJECTS ALL HEROIN ADDICTS WITH THE SUBSTANCE IN THE HUMAN BRAIN AND BODY TO DEMAND TO ASSAULT AND SHOOT AT SPECIFIC PERSON AT SPECIFIC PLACES TO CAUSE DEATH. O.J. SIMPSON HAS PART OF HIS HUMAN BODY DETERIORATED FROM THE STRONG SUBSTANCE FROM FOGERTY PETROLEUM, SAN DIEGO, CALIFORNIA THAT IS USED IN THE HUMAN BODY TO CAUSE COMPLETE DETERIORATION INSTANTLY OR ON CONTACT. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE INVOLVED IN THE INVASION OF THE STAR, RINGO STAR AND HIS MALE FRIEND FROM THE UNITED KINGDOM, PRINCE CHARLES IN SANTA ANA, CALIFORNIA WHERE THEY VISIT AMADO NUNGARAY AND HIS FAMILY THA LIVE ON MARK STREET. SUSAN GOLDING FORCES INTO AMADO NUNGARAY HOME ON MARK STREET, SANTA ANA, CALIFORNIA TO DEMAND TO SEE PRINCE CHARLES. PRINCE CHARLES IS A VICTIM OF RAPE. PRINCE CHARLES IS A ALCOHLIC, DRUG ADDICT. PRINCE CHARLES VISITS AMADO NUNGARAY RELATIVES IN VARIOUS COUNTIES IN CALIFORINA. PRINCE CHARLES WOULD VISIT IN CALIFORNIA WITH HIS WIFE PRINCESS DIANA AND THEIR TWO SON'S. PRINCE CHARLES HAS CONTINUED TO VISIT IN CALIFORNIA WITH HIS FAMILY. MANY STAR IN HOLLYWOOD ALSO VISIT AMADO NUNGARY AND HIS RELATIVE IN VARIOUS COUNTIES IN CALIFORNIA. AMADO NUNGARAY WIFE IS AN EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO. AMADO NUNGARAY WIFE IS USING MY LEGAL NAME AND ALL OF MY INFORMATION TO LIVE IN THE UNITED STATES ILLEGALLY. AMADO NUNGARAY OLDEST DAUGHTER IS NAMED GRACIELA NUNGARAY (SMALL). MY LEGAL NAME IS LUPE GRACIELA SANDOVAL. MANY EX PRISONERS FROM LA MESA PRSISON, TIJUANA MEXICO ARE DEMANDED TO HAVE MY LEGAL INFORMATION INCLUDING FICTITOUS

PAGE 49

IDENTIFICATIONS FROM THE DEPARTMENT OF MOTOR VEHICLES TO
LIVE ILLEGALLY IN THE UNITED STATES.  EX PRISONERS , PRISCILLA
CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPIONZA, ETC.
FROM LA MESA PRISON, TIJUANA MEXICO ARE JOINED WITH JOE
S.REYNA IN STEALING MY BIRTH CERTIFICATE, DIPLOMAS, NURSING
UNIFORM, NURSING BOOK, NURSING SUPPLIES, CLOTHES, SHOES,
PHOTOGRAPHS, ETC. IN MY LUGGAGE AT STONEWOOD APARTMENTS,
MIDWAY DRIVE, SAN DIEGO, CALIFORNIA.  JOE S. REYNA PLANNED
WITH HIS PART SISTER LUPE CHAVEZ SWAIN TO STEAL MY LEGAL
DOCUMENTS IN SAN DIEGO, CALIFORNIA WHILE EMPLOYED AT
MISSION HILLS HEALTH CARE CENTER, SIXTH AVENUE, SAN DIEGO,
CALIFORNIA TO START A FICTITOUS BUSINESS OF FALSE REGISTERED
NURSE DEGREES IN SAN DIEGO, CALIFORNIA WITH THE ORPHANS
FROM FALLUJAH, IRAQ THAT ARE  JOINED WITH MANY ORPHANS
THAT HAVE FALSE DEGREES IN THE MEDICAL FIELD.  MICHAEL
MADANI IS EMPLOYED AT THORNTON HOSPITAL, LA JOLLA,
CALIFORNIA IN CARDIOLOGY.  MICHAEL MADANI IS AN ORPHAN FROM
FALLUJAH, IRAQ.  MICHAEL MADANI IS INVOLVED IN HIRING MANY EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO AT THRONTON
HOSPITAL, LA JOLLA, CALIFORNIA.  MANY PEOPLE FROM THE
PHILIPPINES HAVE INVADED SAN DIEGO, CALIFORNIA WITH FALSE
REGISTERED NURSE DEGREES WITH THE ORHPANS FROM VARIOUS
COUNTRIES, STATES, COUNTIES IN CALIFORNIA AND MEXICO.  SAN
DIEGO, CALIFORNIA IS INVADED WITH MANY FALSE DEGREES BY
CRIMINALS THAT ARE SPIES FOR THEIR GOVERNMENT IN MEXICO
THAT ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES.  THE
TALI BAN BELIEVE THEY CAN DO ANY CRIME THEY WANT AND THEY
ARE ABLE TO COVER UP FOR ALL CRIME BY THE ORGANIZED
CRIMINALS THAT LIVE IN SAN DIEGO, CALIFORNIA AND OTHER AREAS.

PAGE 50

THE TALI BAN CAN PLAN CRIME ANYWHERE THEY WANT THAT THEY
HAVE CONTACT WITH THAT ARE PROVIDED WITH HARMFUL
SUBSTANCE THAT IS INJECTED IN THE HUMAN BRAIN AND BODY.
ERNESTO NUNGARAY IS PROVIDING INFORMATION ON ALL HARMFUL
SUBSTANCE TO HEROIN ADDICTS IN THE UNITED STATES TO INJECT IN
VARIOUS PARTS OF THE HUMAN BODY THAT CAUSES SEDATION OR
LACK OF FLUID AND LACK OF ENERGY OR WEAKNESS TO DEMAND
THE VICTIM TO DO EXACTLY WHAT HE IS TOLD TO DO AND TO CAUSE
DEATH, MURDER. JESSE DIAZ SLALI WAS A VICTIM OF CRIME BY THE
EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO, PRISCILLA
CASTILLO, SUSAN GOLDING, CINDY HEART, ETC. THAT HAD JESSE DIAZ
SLALI INVADED BY MANY HEROIN ADDICTS INCLUDING SANDRA
SALAZAR MURILLO, LINDA YBARRA FIERRO, CAROLYN, TANIA
MILLER, DIANE MILLER, QUATIQUE ALLEN TORRES, ARTHUR ALLEN,
ROBERT ALLEN AKA: BOBBIE, JUAN TORRES, SARA MURILLO ALLEN,
ETC. JESSE DIAZ SLALI FILED MANY CASES IN SUPERIOR COURT, 330
WEST BROADWAY, SAN DIEGO, CALIFORNIA ON THE CRIMINALS THAT
ATTACKED HIM AND STOLD HIS MONEY, FOOD, CLOTHES, CAR, ETC.
JOE S. REYNA WAS BORN PREMATURE. JOE S. REYNA IS NOT
ACCEPTED ANYWHERE WHERE HE HAS ASSAULTED, SHOT, STOLEN
MONEY, FOOD, FURNITURE, CARS, ETC. JOE S. REYNA IS NEVER
INVITED TO MY MOTHER FELOMENA NUNGARAY DUTRA AKA:
SANDOVAL HOME IN WESTMORLAND, CALIFORNIA. TERESA KINNY
AKA: LEVINE IS JOINED WITH JOE S. REYNA IN INVADING MY MOTHER
FELOMENA N. DUTRA AND HER HUSBAND FRANK DUTRA IN
WESTMORLAND, CALIFORNIA TO DEMAND MONEY, FOOD, CAR,
CLOTHES, SHOES, GOLD, ETC. LUPE CHAVEZ SWAIN IS INJECTING A
SUBSTANCE IN THE HUMAN CHEST TO CAUSE A GROWTH IN THE
HUMAN CHEST. LUPE CHAVEZ SWAIN HAS BEEN REPORTED FOR

PAGE 51

FORCING INTO PRIVATE HOMES TO INJECT THE HUMAN CHEST WITH
A SUBSTANCE TO CAUSE A GROWTH. LUPE CHAVEZ SWAIN HAS
INVADED MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE
WITH JAVIER S. REYNA AND HIS BROTHER JOE S. REYNA AND THEIR
RELATIVE, ANDRES SANDOVAL IN FORCING INTO THEIR PRIVATE
HOME TO ATTACK AND TO CAUSE INJURIES TO THEIR HUMAN BRAIN,
FACE, BODY AND SEX ORGAN INCLUDING HUMAN MOUTH. DONNY
LAZAROTTO JR. IS EMPLOYED FOR THE WESTMORLAND POLICE
DEPARTMENT, WESTMORLAND, CALIFORNIA WITH A FALSE LAW
ENFORCEMENT DEGREE. DONNY LAZAROTTO JR. IS MARRIED TO
MELISSA REYNA ENRIQUEZ LAZAROTTO. DONNY LAZAROTTO JR. HAS
MANY CHILDREN BORN OUT OF WEDLOCK IN WESTMORLAND,
CALIFORNIA FROM VARIOUS WOMEN INCLUDING FROM MY SISTER
IRMA SANDOVAL PERAZA AND HER DAUGHTER VANESSA SANDOVAL
PERAZA. DONNY LAZAROTTTO JR. IS VIOLENT AND DEMANDS MONEY
FROM MY MOTHER FELOMENA N. DUTRA AND HER HUSBAND FRANK
DUTRA AND ALL OF FELOMENA N. DUTRA CHILDREN,
GRANDCHILDREN, ETC. DONNY LAZAROTTO JR. IS JOINED WITH IRMA
MENDIBLES IN FORCING PEOPLE IN THE SEWER IN WESTMORLAND,
CALIFORNIA. DONNY LAZAROTTO JR. IS SPREADING HIS MULTIPLE
DISEASES TO VICTIMS OF RAPE IN WESTMORLAND, CALIFORNIA
INCLUDING FORCING HIS MALE SEX ORGAN IN THE HUMAN MOUTH TO
SPREAD ORAL CANCER. MELISSA REYNA ENRIQUEZ DOES NOT HAVE A
UTERUS. MELISSA REYNA ENRIRQUEZ IS ASSAULTING WITH A
HANDGUN TO DEMAN MONEY INCLUDING AT ME, GRACE L. SANDOVAL
WHEN VISITING MY MOTHER FELOMENA N. DUTRA IN WESTMORLAND,
CALIFORNIA. LUPE CHAVEZ SWAIN IS ALFO FORCING INTO MY
MOTHER FELOMENA N. DUTRA HOME IN WESTMORLAND, CALIFORINA
TO INJECT MY HUMAN CHEST WITH A SUBSTANCE TO CAUSE A

PAGE 52

GROWTH. LUPE CHAVEZ SWAIN IS A HEROIN ADDICT. LUPE CHAVEZ
SWAIN IS INVOLVED IN THE MURDER OF JESSE DIAZ SLALI WITH IRMA
MENDIBLES, SANDRA SALAZAR MURILLO, MANUEL GARCIA, MANUEL
MURILLO, LINDA YBARRA FIERRO, ETC. THAT HAVE PLANNED THE
MURDER OF MANY PEOPLE IN VARIOUS COUNTIES IN CALIFORNIA.
THE CRIMINALS PLAN TO ATTACK, RAPE, ASSAULT, INJECT, ETC. TO
ALL VICTIMS OF CRIME THAT FILE CASES IN SUPERIOR COURT AND
OTHER COURTS. THE EX PRISONERS, MARTH LEVINE, CAROL LEBEAU,
TERESA KINNY AKA: LEVINE, MIKE AGUIRRE AKA: LEVINE, ETC. FROM
LA MESA PRISON, TIJUANA MEXICO ARE OUR ENEMIES AND WANT TO
STEAL EVERYTHING WE OWN INCLUDING ALL OF OUR LEGAL
DOCUMENTS. THE EX PRISONERS FROM LA MESA PRSISON, TIJUANA
MEXICO ARE BORN PREMATURE AND DO NOT HAVE FINGERNAILS, DO
NOT HAVE TOE NAIL AND THE TOES ARE UN DEVELOPED AND IN ONE
BALL. THE GERMAN ROBERT GOODMAN SR. DEMANDS ALL EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO TO SAY WHAT
HE DEMANDS ON THE NEWS ON TELEVISON IN SAN DIEGO,
CALIFORNIA. IF EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO DO NOT SAY WHAT THEY ARE TOLD, THEY ARE ATTACKED BY
HEROIN ADDICTS THAT CAUSE INJURIES TO THEM IN THEIR PRIVATE
HOME BY FORCING INTO ILLEGALLY. THE GERMANS THAT LIVE IN
CALIFORNIA ARE SPIES FOR THE GOVERNMENT IN GERMANY. THE
GERMANS THAT LIVE IN CALIFORNIA HAVE MANY CHILDREN BORN
OUT OF WEDLOCK IN SAN DIEGO COUNTY, CALIFORNIA. THE GERMAN
THAT LIVE IN SAN DIEGO COUNTY, CALIFORNIA DEMAND ALL THEIR
CHILDREN BORN OUT OF WEDLOCK TO LIVE OUTDOORS IN
DOWNTOWN SAN DIEGO, CALIFORNIA. ROBERT GOODMAN SR.
DEMANDS ALL THE CHILDREN BORN OUT OF WEDLOCK TO SAY
SLANDER TO THE PUBLIC IN DOWNTOWN SAN DIEGO CALIFORNIA

PAGE 53

WHEN HE AND MANY OTHER CRIMINALS ARE IDENTIFIED FOR THEIR
CRIME IN THE COURTS IN SAN DIEGO, CALIFORNIA. O.J. SIMPSON IS
DOING THE SAME TO MANY CHILDREN BORN OUT OF WEDLOCK. O.J.
SIMPSON DEMANDS MANY CHILDREN BORN OUT OF WEDLOCK TO
MOVE TO SAN DIEGO, CALIFORNIA AND TO LIVE IN DOWNTOWN, SAN
DIEGO, CALIFORINA TO SAY AND DO WHAT HE DEMANDS THEM TO
SAY AND DO INCLUDING TO SAY SLANDER FOR ALL THE CASES FILED
IN COURTS ON HIM, O.J. SIMPSON AND OTHERS IN SAN DIEGO,
CALIFORNIA. THE CHILDREN BORN OUT OF WEDLOCK CARRY
HARMFUL SUBSTANCE INCLUDING LIDOCAINE. LIDOCAINE IS
INJECTED IN THE HUMAN EYE, BREAST, BRAIN, ESOPHAGUS, FINGERS,
HANDS, KNEES, LEGS, SPINE, ETC. OF ALL VICTIMS THAT HAVE FILED
CASES IN SUPERIOR COURTS AND OTHER COURTS IN SAN DIEGO,
CALIFORNIA. THE CHILDREN BORN OUT OF WEDLOCK ARE BORN
PREMATURE WITH MULTIPLE DISEASES AND ARE DEMANDED TO
SPREAD THEIR MULTIPLE DISEASES TO THE PUBLIC. THE CHILDREN
BORN OUT OF WEDLOCK AND PREMATURE ARE DEMANDED TO USE
ILLEGAL DRUGS INCLUDING HEROIN, COCAINE, ETC. THE CHILDREN
BORN OUT OF WEDLOCK AND PREMATURE ARE DEMANDED TO TAKE
LARGE AMOUNTS OF HUMAN FLUID AND HUMAN BLOOD FROM THE
PUBLIC. O.J. SIMPSON IS A MASACRE THAT THREATENS FOR TO
MURDER FOR FILING CASES ON HIM. I, GRACE L. SANDOVAL HAVE
FILED CASES IN SUPERIOR COURT, SAN DIEGO, CALIFORNIA ON O.J.
SIMPSON, PATRICK J. CLARK, LEONARD FINK AND MANY OTHERS
THAT ARE MASACRES. I, GRACE L. SANDOVAL DO NOT PLAN TO
COVER UP FOR ANYONE INVOLVED IN MURDER. I, GRACE L. SANDOVAL
PLAN TO USE ALL THE COURTS TO IDENTIFY AND ARREST THE
CRIMINALS INVOLVED IN MURDER IN VARIOUS COUNTIES IN
CALIFORNIA.

BY: _Grace L. Sandoval_ DATE: _September 4, 2008_

*JS 44 (Rev. )

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

GRACE L. SANDOVAL

**(b)** County of Residence of First Listed Plaintiff SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
GRACE L. SANDOVAL
P BOX 512793
SAN DIEGO CA 92171

**DEFENDANTS**

PRISCILLA CADILLO

County of Residence of First Listed Defendant SAN DIEGO 08 SEP -4 PM 4:28
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

'08 CV 1622 WQH NLS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 1462 (a), (b), (c), and/or (d)
Brief description of cause:
ASSAULTING AND SHOOTING AT ME GRACE L. SANDOVAL

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint: WITH A GUN
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 9-4-08

SIGNATURE OF ATTORNEY OF RECORD
Grace L Sandoval

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.