GRACE L. SANDOVAL
P.O. BOX 712793
SAN DIEGO CA 92171

FILED
08 SEP -4 PM 2:27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL

Plaintiff,

vs.

PRISCILLA D. CASTILLO

Defendant.

CASE NO.

'08 CV 1622 WQH NLS

## RICO CASE STATEMENT

1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. 1962(a), (b), (c), and/or (d).   YES

2. List the defendants and state the alleged misconduct and basis of liability of each defendant. PRISCILLA D. CASTILLO ASSAULTS AND SHOOTS AT ME TO DEMAND MONEY, ETC.

3. List alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer. SUSAN GOLDING, MARIA ESPINOZA, CINDY HEART, STOLE LUGGAGE WITH ALL NURSING SUPPLIES, LEGAL DOC, DIPLOMAS ETC.

4. List the alleged victims and state how each victim was allegedly injured. NO FLUID IN BRAIN & BODY.

5. Describe in detail the pattern of racketeering activities or collection of unlawful debts alleged for each RICO claim. The description of the pattern of racketeering shall include the following information: SNAKE WAS FORCED INTO MY MOUTH TO CAUSE POISON MANY TIMES

   a. List the alleged predicate acts and the specific statutes that were allegedly violated; CALLED 911, SACRAMENTO LICENSING OF CERTI NURSE ASSIST., S.D. POLICE, ETC.

::ODMA\PCDOCS\WORDPERFECT\10417\1 May 5, 1999 (7:44am)   - 1 -

1  the enterprise, if at all.

2  9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of
3  racketeering. SOLD LEGAL DOCUMENTS TO ILLEGALS, EX CONVICTED FOR FALSE R.N. DEGREES, ETC.

4  10. Describe the effect of the activities of the enterprise on interstate or foreign commerce. WELFARE FRAUD TO ILLEGALS FROM PREMATURE CHILDREN

5  11. If the complaint alleges a violation of 18 U.S.C. 1962(a), provide the following: (a) state IRMA R. CLARK, LUPE N. PINA,
6  who received the income derived from the pattern of racketeering activity or through the collection of LINDA A. RONCO, LUPE C. SWAIN, ETC.
7  unlawful debt; and (b) describe the use or investment of such income. COLLECT WELFARE FRAUD FOR MORE THAN 150 CHILDREN

8  12. If the complaint alleges a violation of 18 U.S.C. 1962(b), describe in detail the acquisition STOLD CARS, FURNITURE, CLOTHES, GOLD,
9  of maintenance of any interest in or control of the alleged enterprise. SHOES, ETC.

10  13. If the complaint alleges a violation of 18 U.S.C. 1962(c), provide the following: (a) state DEPT. OF DEFENSE, COUNTY, S.D. POLICE, SHERIFFS, ETC.
11  who is employed by or associated with the alleged enterprise, and (b) state whether the same entity is WITH FALSE DEGREES TO PLAN CRIME, MURDER,
12  both the liable "person" and the "enterprise" under 18 U.S.C. 1962(c). ETC.

13  14. If the complaint alleges a violation of 18 U.S.C. 1962(d), describe in detail the facts RAPE, KIDNAP, HOSTAGE, STOLD MONEY
14  showing the existence of the alleged conspiracy. FROM BANK OF AMERICA

15  15. Describe the alleged injury to business or property. ACCOUNT TO PURCHASE EDUCATION, SPOUCE, ETC. REAL PROPERTY, ETC.
16  16. Describe the direct casual relationship between the alleged injury and the violation of the PRISCILLA D. CASTILLO DEMAND TO
17  RICO statute. SHOOT, MURDER, BREAK BONES, BANKRUPTCY, ETC.

18  17. List the damages sustained by reason of the violation of 18 U.S.C. 1962, indicating the BANKRUPTCY TWICE FROM RAPE BY
19  amount for which each defendant is allegedly liable. ILLEGALS FROM MEXICO, ORPHANS, ETC.

20  18. List all other federal causes of action, if any, and provide the relevant statute numbers. DRUG SMUGGLING, KIDNAPPING 150 CHILDREN
21  19. List all pendent state claims, if any. BORN PREMATURE

22  20. Provide any additional information that you feel would be helpful to the court in COLLECTS WELFARE FRAUD FOR 150
23  processing your RICO claims. CHILDREN BORN PREMATURE
24  DATED: SEPTEMBER 4, 2008 FROM MY FAMILY OF 4

25

26  _Grace L. Sandoval_

27  Attorney for Plaintiff(s)

28

::ODMA\PCDOCS\WORDPERFECT\10417\1 May 5, 1999 (7:44am)   - 3 -