GRACE L. SANDOVAL
P.O BOX 712793
SAN DIEGO, CA 92171

FILED

08 SEP -4 PM 2: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GRACE L.
SANDOVAL

PRISCILLA D.
CASTILLO

Civil No **08 CV 1622 WQH NLS**

REQUEST FOR APPOINTMENT OF
COUNSEL UNDER THE CIVIL RIGHTS
ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
DECLARATION IN SUPPORT OF
REQUEST

1.    I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

A.    my claim is meritorious (that is, I have a good case), and

B.    I have made a reasonably diligent effort to obtain counsel, and

C.    I am unable to find an attorney willing to represent me on terms that I can afford.

2.    A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.    A.    Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

_____ Yes        __X__ No

QDMA PUDOCS\WORDPERFECT\2312201 May 27, 1999 (3:47pm)

1

1   IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE

2   COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B

3   AND C.

4           B.      Do you question the correctness of the Commission's "no reasonable cause"

5   determination?

6           ——— Yes        X  No

7           C. If you answered "yes" to question 3B, what are your reasons for questioning the

8   Commission's determination? Be specific and support your objections with fact. Do not simply

9   repeat the allegations made in your complaint; the court will review your complaint in considering this

10  request for counsel.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  (Attach additional sheets as needed)

4.    Have you talked with any attorney about handling your claim?

_____ Yes          X No

If "YES," give the following information about <u>each</u> attorney with whom you talked:

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim: _____

_____

_____

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim:

_____

_____

Attorney: _____

When: _____

Where: _____

How (by telephone, in person, etc.): _____

Why attorney was not employed to handle your claim:

_____

_____

_____

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

*CONTACT LAWYER REFERRAL SERVICE TO TALK TO ONE FREE CONSOLTATION WITH SEVERAL ATTORNEYS, ETC.*

6. Give any other information which supports your application for the court to appoint an attorney for you:

*I DO NOT HAVE MONEY IN MY SAVING ACCOUNT TO PAY AN ATTORNEY. I HAVE BEEN EMPLOYED FOR LAW OFFICE IN THE PAST. YEARS.*

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: *NONE*

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

A.   Employment

Are you employed now?  ___ yes  ☒ no  ___ am self-employed

Name and address of employer:

If employed, how much do you earn per month? _____ *N/A*

If not employed, give month and year of last employment: _____ *JULY 2007*

How much did you earn per month in your last employment? *MORE THAN $2000.00 EACH MONTH*

If married, is your spouse employed? ___ yes  X no

If "YES," how much does your spouse earn per month? _____ *N/A*

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? _____ *N/A*

**B.   Assets**

(i)   Other Income

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes  X no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

(Attach additional sheets as necessary)

(ii)    Cash

Have you any cash on hand or money in savings or checking accounts? _X_ yes ___ no

If "YES," state total amount: $1.00

(iii)    Property

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes ___ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| 27,000.00  PAID | 2002, HONDA, CIVIC, LX BLACK COLOR 4YPB411 |
| JVC TELEVISION | CIRCUIT CITY |
| SULTAN MATTRESS | IKEA |
| CLOTHES, SHOES, GOLD, ETC. | ETC. |

C.    Obligations and Debts

(i)    Dependents

Your marital state is: ___ single ___ married _X_ widowed, separated or divorced.

Your total number of dependents is : _____

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| N/A | N/A |

(ii)    **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: N/A | | |
| Mortgage on Home: N/A | | |
| Others: | | |

AMERICREDIT $ 1,000.00

CASH COLLECTIONS $ 800.00

INTERNAL REVENUE SERVICES $ 200.00

U.S. DEPT. OF EDUCATION $ 5,000.00

9.    **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: SEPTEMBER 4, 2008

Grace L. Sandoval

Signature

(Notarization is not required)